**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JUNCHENG KAO,<br><br>               Plaintiff,<br><br>v.<br><br>HENGDA KITE; and ORANGE<br>CLOUD KITE,<br><br>               Defendants. | Case No. 1:25-cv-8491<br><br>Judge: Hon. Jorge L. Alonso |

**MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT**

Plaintiff Juncheng Kao, by and through his counsel, hereby makes application and motion to extend time to file an amended complaint. In support of this motion, Plaintiff states the following:

1. On July 23, 2025, Plaintiff filed a complaint against Defendants Hengda Kite ("Hengda") and Orange Cloud Kite ("Orange Cloud") for patent infringement.

2. On September 10, 2025, Defendants filed a motion to dismiss for failure to state a claim. (Dkt. 25)

3. Entered on December 18, 2025, the MINUTE entry before the Honorable Jorge L. Alonso ordered Plaintiff's amended complaint shall be filed on or before January 8, 2026 (Dkt. 39)

1

4. Due to Plaintiff's unforeseen sickness, Plaintiff has not been able to confer with counsel for the past week and thus unable to meet the January 8, 2026 deadline.

5. This is the first time for Plaintiff seeking to extend time to file an amended complaint.

6. A fourteen (14) days extension will not significantly delay proceedings or prejudice the Defendants.

WHEREFORE, Plaintiff respectfully requests an order extending time to file the amended complaint until January 22, 2026.

Date: January 8, 2026                                    Respectfully submitted,


_____/s/_____
Zheng "Andy" Liu (CA # 279327)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which in turn sent notice to all

counsel of record.

/s/ *Zheng "Andy" Liu*
Zheng "Andy" Liu
Tel.: (650) 475-6289