## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **JUNCHENG KAO,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) **I.** | **Civil Action No. 1:25-cv-08491** |
| **v.** | ) | |
| | ) | |
| **HENGDA KITE, and ORANGE** | ) | |
| **CLOUD KITE,** | ) | |
| | ) **II.** | |
| **Defendants.** | ) | |
| | ) | |

### MOTION TO WITHDRAW AS COUNSEL

NOW COMES, attorney, Jingyi Guo, requesting this Court's permission for leave to withdraw her appearance on behalf of Plaintiff Juncheng Kao in the above-captioned action. In support therefore, she states as follows:

1. Plaintiff Juncheng Kao is currently represented in this matter by attorney Zheng Liu from Aptum Law. Representation of Plaintiff will continue with attorney Zheng Liu.

2. As of the filing of this motion, the undersigned is no longer employed by Aptum Law and has no further involvement in this matter.

WHEREFORE, the undersigned respectfully requests that this Court grant her leave to withdraw her appearance on behalf of Plaintiff.

///

///

///

1

2

Date: January 25, 2026                                        Respectfully submitted,


_____
Jingyi Guo (CA # 335448)