# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Juncheng Kao

                Plaintiff,

v.                                           Case No.: 1:25−cv−08491

                                                        Honorable Jorge L. Alonso

Hengda Kite, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Motion to withdraw as attorney [43] is granted. Attorney Jingyi Guo is given leave to withdraw as counsel for Plaintiff. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.