IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUNCHENG KAO, <br><br> Plaintiff, <br> v. <br><br> HENGDA KITE, <br><br> Defendants. | Case No. 25-cv-8491 <br><br> Hon. Jorge L. Alonso |

**MOTION BY DEFENDANT
HENGDA KITE TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 12(b)(6)**

NOW COME, Defendant HENGDA KITE, by and through its undersigned attorneys of record, and respectfully seek dismissal of the Complaint filed by Plaintiff, Juncheng Kao, against Defendants pursuant Federal Rule of Civil Procedure 12(b)(6).

As explained in Defendant's accompanying Memorandum in Support of the Motion to Dismiss, Plaintiff has failed to adequately plead it claim for design patent infringement because Defendant's accused product is plainly dissimilar from Plaintiff's design patent, U.S. Patent D967,279 (the " '279 Patent"). The Complaint contains a single claim of alleged infringement against Defendant's products. Plaintiff's purported factual allegations are nothing but legal conclusions asserting that the accused product must somehow infringe. However, under the proper ordinary observer tests and in view of the prior art, this Court can grant this dispositive motion because the claimed design and accused design are plainly dissimilar such that no reasonable finder of fact could find infringement. *See, e.g.*, *Young v. Stone*, 2014 WL 4271624, at

*3 (N.D. Ill. Aug. 28, 2014) (granting Rule 12(c) motion because "[a]n ordinary observer is unlikely to believe that the patented design and the accused design are the same").

WHEREFORE, Defendant respectfully requests that this Court enter an order dismissing the complaint with prejudice and awarding Defendant any further relief this Court deems just and proper.

Dated: January 29, 2026            Respectfully submitted,

/s/ *Matthew De Preter*
Matthew De Preter
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington, St. Suite 2800
Chicago, IL 60606
312-755-3153
cdepreter@agdglaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on January 29, 2026 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to all attorneys of record.

              /s/ *Matthew De Preter*
              Matthew De Preter
              *One of the Attorneys for Defendant*