# **<u>EXHIBIT 1</u>**

US00D967279S

(12) **United States Design Patent** (10) Patent No.: **US D967,279 S**
Kao (45) Date of Patent: ** **Oct. 18, 2022**

(54) **KITE**

(71) Applicant: **Juncheng Kao**, Weifang (CN)

(72) Inventor: **Juncheng Kao**, Weifang (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/795,185**

(22) Filed: **Jun. 17, 2021**

(51) **LOC (13) Cl.** ............................................. **21-01**
(52) **U.S. Cl.**
USPC ....................................................... **D21/445**
(58) **Field of Classification Search**
USPC ..... D12/16.1, 323, 325, 326, 327, 328, 329,
D12/331–343, 345; D21/301, 436, 437,
D21/438, 439, 440, 441, 443–453
CPC ........ A63H 33/18; A63H 27/00; A63H 27/14;
A63H 33/185; A63B 65/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,159,087 A | * | 6/1979 | Moomaw | A63H 27/08 |
| | | | | 242/375.3 |
| 4,216,929 A | * | 8/1980 | Holland, Jr. | A63H 27/08 |
| | | | | 244/153 R |
| 4,286,762 A | * | 9/1981 | Prouty | A63H 27/04 |
| | | | | 244/155 A |
| D274,827 S | * | 7/1984 | Belloff | D21/445 |
| 4,736,914 A | * | 4/1988 | Tabor | A63H 27/08 |
| | | | | 244/155 A |
| 4,742,977 A | * | 5/1988 | Crowell | A63H 27/08 |
| | | | | D21/445 |
| 4,807,832 A | * | 2/1989 | Tabor | A63H 27/08 |
| | | | | 244/153 R |
| 4,874,146 A | * | 10/1989 | Heid | A63H 27/08 |
| | | | | 244/153 R |
| 4,927,100 A | * | 5/1990 | Provenzo, Jr. | A63H 27/08 |
| | | | | 244/214 |
| 5,054,718 A | * | 10/1991 | Hull | A63H 27/08 |
| | | | | 244/155 A |
| 5,064,149 A | * | 11/1991 | Prouty | A63H 27/08 |
| | | | | 244/155 A |

(Continued)

OTHER PUBLICATIONS

Besra Rainbow Delta Kite Single Line Kite with Long Tail [May 26, 2022] found online [May 26, 2022]—https://www.amazon.com/ Besra-110inch-Rainbow-windsock-Outdoor/dp/B077RDW7RH?th= 1.*

*Primary Examiner* — John A Voytek
(74) *Attorney, Agent, or Firm* — Rumit Ranjit Kanakia

(57) **CLAIM**

The ornamental design for a kite, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevational view of a kite showing my new design;
FIG. **2** is a rear elevational view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a top plan view thereof;
FIG. **6** is a bottom plan view thereof;
FIG. **7** is a perspective view thereof;
FIG. **8** is another perspective view thereof;
FIG. **9** is a partial enlarged view of FIG. **3**;
FIG. **10** is a partial enlarged view of FIG. **3**;
FIG. **11** is a partial enlarged view of FIG. **5**;
FIG. **12** is a partial enlarged view of FIG. **5**;
FIG. **13** is a partial enlarged view of FIG. **6**;
FIG. **14** is a partial enlarged view of FIG. **6**;
FIG. **15** is a partial enlarged view of FIG. **7**;
FIG. **16** is a partial enlarged view of FIG. **7**;
FIG. **17** is a partial enlarged view of FIG. **7**; and,
FIG. **18** is a partial enlarged view of FIG. **8**.
The broken lines in the drawings demarcate enlarged portions of the kite, and form no part of the claimed design.

**1 Claim, 18 Drawing Sheets**



FIG.15   FIG.18
FIG.16
FIG.17

**US D967,279 S**

Page 2

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,328,134 A | * | 7/1994 | Powers | .................. A63H 27/08 |
| | | | | 244/155 A |
| D392,345 S | * | 3/1998 | Burghardt | .................... D21/445 |
| 5,725,410 A | * | 3/1998 | Robinson | .............. A63H 27/14 |
| | | | | 446/62 |
| 6,048,246 A | * | 4/2000 | Forti | .................. A63H 27/007 |
| | | | | 446/64 |
| 6,102,765 A | * | 8/2000 | Forti | .................. A63H 27/007 |
| | | | | 446/64 |
| 6,145,789 A | * | 11/2000 | Matlin | ................... A63H 27/04 |
| | | | | 244/152 |
| D462,728 S | | 9/2002 | Wang | |
| D500,815 S | | 1/2005 | Tabor | |
| D502,745 S | | 3/2005 | Tabor | |
| D506,513 S | | 6/2005 | Tabor | |
| D507,308 S | | 7/2005 | Tabor | |
| D510,110 S | | 9/2005 | Tabor | |
| D511,797 S | | 11/2005 | Tabor | |
| D513,281 S | | 12/2005 | Tabor | |
| D794,719 S | | 8/2017 | Villar | |
| D803,949 S | * | 11/2017 | Ferrandino | .................. D21/445 |
| D843,486 S | | 3/2019 | Alonso | |
| 2012/0018583 A1 | * | 1/2012 | Prieto Estebanez | .. B64C 31/032 |
| | | | | 244/153 R |
| 2017/0296937 A1 | * | 10/2017 | Tiefel | .................. A63H 27/007 |

* cited by examiner

*FIG.1*

Case: 1:25-cv-08491 Document #: 46-1 Filed: 01/29/26 Page 5 of 139 PageID #:687

*FIG.2*



*FIG.9*

*FIG.10*

*FIG.3*



*FIG.4*

Case: 1:25-cv-08491 Document #: 46-1 Filed: 01/29/26 Page 8 of 139 PageID #:690



*FIG.11*          *FIG.12*

*FIG.5*

Case: 1:25-cv-08491 Document #: 46-1 Filed: 01/29/26 Page 9 of 139 PageID #:691



FIG.13       FIG.14

FIG.6

Case: 1:25-cv-08491 Document #: 46-1 Filed: 01/29/26 Page 10 of 139 PageID #:692

*FIG.15*



*FIG.16*

*FIG.17*

*FIG.7*

Case: 1:25-cv-08491 Document #: 46-1 Filed: 01/29/26 Page 11 of 139 PageID #:693

*FIG.18*



*FIG.8*



*FIG.9*



*FIG.10*



*FIG.11*



# FIG.12



*FIG.13*



*FIG.14*



*FIG.15*



*FIG.16*

Case: 1:25-cv-08491 Document #: 46-1 Filed: 01/29/26 Page 20 of 139 PageID #:702



*FIG.17*



*FIG.18*

DocCode - PATENT.GRANT

# SCORE Placeholder Sheet for IFW Content

Application Number: 29795185          Document Date: 10/18/2022

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Patent Grant with Color/Grayscale Drawings

At the time of document entry (noted above):
- USPTO employees may access SCORE content via DAV or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date: March 1, 2019

U NITED S TATES P ATENT AND T RADEMARK O FFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address:  COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/795,185 | 10/18/2022 | D967279 | 160-219-USDP-EXP | 9548 |

160315          7590          09/28/2022
KA Filing LLC
2112 W. Marjory Ave
Tampa, FL 33606

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Extension or Adjustment under 35 U.S.C. 154 (b)

Design patents have a term measured from the issue date of the patent and the term remains the same length regardless of the time that the application for the design patent was pending. Since the above-identified application is an application for a design patent, the patent is not eligible for Patent Term Extension or Adjustment under 35 U.S.C. 154(b).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

APPLICANT(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

Document Description: Issue Fee Payment (PTO-85B)

# Issue Fee Transmittal Form

| Application Number | Filing Date | First Named Inventor | Atty. Docket No. | Confirmation No. |
|---|---|---|---|---|
| 29795185 | 17-Jun-2021 | Juncheng Kao | 160-219-USDP-EXP | 9548 |

**TITLE OF INVENTION :**

Kite

| Entity Status | | Application Type | Art Unit | Class - Subclass | EXAMINER |
|---|---|---|---|---|---|
| Micro | | Design | 2916 | 445000 | JOHN VOYTEK |

| Issue Fee Due | Publication  Due | Total Fee(s) Due | Date Due | Prev. Paid Fee |
|---|---|---|---|---|
| $185 | $0 | $185 | 28-Nov-2022 | $0 |

## 1.Change of Correspondence Address and/or Indication Of Fee Address (37 CFR 1.33 & 1.363)

| Current Correspondence Address: | Current Indicated Fee Address : |
|---|---|
| 160315<br>KA Filing LLC<br><br>2112 W. Marjory Ave<br><br>Tampa FL 33606<br>UNITED STATES<br>5022761796<br>CONTACT@KAFILING.COM | |
| ☐ Change of correspondence address requested, system generated AIA/122-EFS form attached | ☐ Fee Address indication requested, system generated SB/47-EFS form attached |

## 2.Entity Status

### Change in Entity Status

◉ Applicant certifying micro entity status; system generated Micro Entity certification form attached. See 37 CFR 1.29.
Note:  Absent a valid certification of micro entity status, issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment. If  this box is checked, you will be prompted to choose a micro entity status on the gross income basis (37 CFR 1.29(a)) or the institution of higher education basis (37  CFR 1.29(d)), and make the applicable certification online.

○ Applicant asserting small entity status. See 37 CFR 1.27.
Note: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

○ Applicant changing to regular undiscounted fee status.
Note: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

WEB IFEE 1.0

## 3. The Following Fee(s) Are Submitted:

☒ Issue Fee

☐ I authorize USPTO to apply my previously paid issue fee to the current fees due

☐ Publication Fee

☐ The Director is hereby authorized to apply my previously paid issue fee to the current fee due and to charge deficient fees to Deposit Account Number _____

☐ Advance Order - # of copies _____

☐ If **in addition to** the payment of the issue fee amount submitted with this form, there are any discrepancies in any amount(s) due, the Director is authorized to charge any deficiency, or credit any overpayment, to Deposit Account Number _____ .
The **issue fee must be submitted** with this form. **If payment of the issue fee does not accompany this form, checking this box and providing a deposit account number will NOT be effective to satisfy full payment of the fee(s) due.**

## 4. Firm and/or Attorney Names To Be Printed

**NOTE: If no name is listed, no name will be printed**
For printing on the patent front page, list to be displayed as entered

1. Rumit Ranjit Kanakia

2.

3.

## 5. Assignee Name(s) and Residence Data To Be Printed

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

| Name | City | State | Country | Category |
|------|------|-------|---------|----------|
|      |      |       |         |          |

## 6. Signature

I certify, in accordance with 37 CFR 1.4(d)(4) that I am an attorney or agent registered to practice before the Patent and Trademark Office who has filed and has been granted power of attorney in this application. I also certify that this Fee(s) Transmittal form is being transmitted to the USPTO via EFS-WEB on the date indicated below.

| Signature | /Rumit Ranjit Kanakia/ | Date | 09-09-2022 |
|-----------|------------------------|------|------------|
| Name | Rumit Ranjit Kanakia | Registration Number | 72461 |

WEB IFEE 1.0

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 29795185 |
| **Filing Date:** | 17-Jun-2021 |
| **Title of Invention:** | Kite |
| **First Named Inventor/Applicant Name:** | Juncheng Kao |
| **Filer:** | Rumit Ranjit Kanakia/ashutosh choudhary |
| **Attorney Docket Number:** | 160-219-USDP-EXP |

Filed as Micro Entity

**Filing Fees for**   Design

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| DESIGN ISSUE FEE | 3502 | 1 | 185 | 185 |
| PUBL. FEE- EARLY, VOLUNTARY, OR NORMAL | 1504 | 1 | 0 | 0 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **185** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46581939 |
| **Application Number:** | 29795185 |
| **International Application Number:** | |
| **Confirmation Number:** | 9548 |
| **Title of Invention:** | Kite |
| **First Named Inventor/Applicant Name:** | Juncheng Kao |
| **Customer Number:** | 160315 |
| **Filer:** | Rumit Ranjit Kanakia/ashutosh choudhary |
| **Filer Authorized By:** | Rumit Ranjit Kanakia |
| **Attorney Docket Number:** | 160-219-USDP-EXP |
| **Receipt Date:** | 09-SEP-2022 |
| **Filing Date:** | 17-JUN-2021 |
| **Time Stamp:** | 07:35:16 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $185 |
| RAM confirmation Number | E202299835141451 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | Web85b.pdf | 62461<br><br>081834fc5f4eaad112abf9a46fcd63bf63c0571e | no | 2 |

| Warnings: |
|---|

| Information: |
|---|

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 40291<br><br>fde03c04ef1cb03df2e7a9d20340297d8ee726a7 | no | 2 |

| Warnings: |
|---|

| Information: |
|---|

| Total Files Size (in bytes): | 102752 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR PATENTS
P.O.BOX 1450
ALEXANDRIA VA 22313-1451

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
POSTEDIGITAL
NNNNN

KA Filing LLC
2112 W. Marjory Ave
Tampa, FL 33606

||.||...||..||..||..||...||...||.||



## Courtesy Reminder for
## Application Serial No: 29/795,185

Attorney Docket No: 160-219-USDP-EXP
Customer Number: 160315
Date of Electronic Notification: 08/26/2022

This is a courtesy reminder that new correspondence is available for this application. If you have not done so already, please review the correspondence. The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90 accompanying the correspondence.

An email notification regarding the correspondence was sent to the following email address(es) associated with your customer number:
    CONTACT@KAFILING.COM

To view your correspondence online or update your email addresses, please visit us anytime at **https://ppair-my.uspto.gov/pair/PrivatePair.**
If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov or call 1-866-217-9197.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | |
|---|---|---|---|
| 160315 | 7590 | 08/26/2022 | |

KA Filing LLC
2112 W. Marjory Ave
Tampa, FL 33606

| EXAMINER |
|---|
| VOYTEK, JOHN A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2916 | |

DATE MAILED: 08/26/2022

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/795,185 | 06/17/2021 | Juncheng Kao | 160-219-USDP-EXP | 9548 |

TITLE OF INVENTION: Kite

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | MICRO | $185 | $0.00 | $0.00 | $185 | 11/28/2022 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

| By mail, send to: | Mail Stop ISSUE FEE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450 | By fax, send to: | (571)-273-2885 |

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

160315        7590        08/26/2022

**KA Filing LLC**
2112 W. Marjory Ave
Tampa, FL 33606

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

| | |
|---|---|
| | (Typed or printed name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/795,185 | 06/17/2021 | Juncheng Kao | 160-219-USDP-EXP | 9548 |

TITLE OF INVENTION: Kite

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | MICRO | $185 | $0.00 | $0.00 | $185 | 11/28/2022 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| VOYTEK, JOHN A | 2916 | D21-445000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2.** For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE        (B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☐ Issue Fee ☐ Publication Fee (if required) ☐ Advance Order - # of Copies _____
4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*
☐ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

**5. Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No. _____

PTOL-85 Part B (08-18) Approved for use through 01/31/2020        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/795,185 | 06/17/2021 | Juncheng Kao | 160-219-USDP-EXP | 9548 |

| | |
|---|---|
| 160315 7590 08/26/2022 | EXAMINER |
| KA Filing LLC | VOYTEK, JOHN A |
| 2112 W. Marjory Ave | |
| Tampa, FL 33606 | ART UNIT / PAPER NUMBER |
| | 2916 |

DATE MAILED: 08/26/2022

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b) (2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* *For* *A Design Application* | Application No.<br>29/795,185 | Applicant(s)<br>Kao, Juncheng | |
|---|---|---|---|
| | Examiner<br>JOHN A VOYTEK | Art Unit<br>2916 | AIA (FITF) Status<br>Yes |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308. This notice does not set or reset the time period for paying the issue fee. The issue fee must be paid within THREE MONTHS FROM THE MAILING DATE of the Notice of Allowance (PTOL-85) or this application shall be regarded as ABANDONED. This statutory period cannot be extended. See 35 U.S.C.151.

1. ☑ This communication is responsive to <u>amendment dated 08/08/2022</u> .

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ the restriction requirement and election have been incorporated into this action.

3. ☑ The claim is allowed.

4. ☑ Acceptable drawings:

    (a) ☑ The drawings filed on <u>08 August 2022</u> are accepted by the Examiner.

    (b) ☐ Drawing <u>Figures</u> filed on _____ and drawing <u>Figures</u> filed on _____ are accepted by the Examiner.

5. ☐ The claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f) is acknowledged.

    **Certified copies:**

    a) ☐ All    b) ☐ Some    *c) ☐ None of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

        * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirement for corrected drawings noted in item 6 below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.** See 37 CFR 1.85(c). **NOTE: This notice does not set or reset the time period for paying the issue fee.**

6. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

    Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Receipt Date _____

3. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

4. ☑ Examiner's Amendment/Comment

5. ☐ Examiner's Statement of Reasons for Allowance

6. ☐ Other _____ .

| NOTE: _____ | _____ |
|---|---|
| /JOHN A VOYTEK/<br>Primary Examiner, Art Unit 2916 | |

Application/Control Number: 29/795,185                                          Page 2
Art Unit: 2916

**Examiner's Comment**

*Withdrawn Objections*

Acknowledgement is made of the amendment filed on August 8, 2022. In view of the replacement

drawings, the objection to the solid lines of demarcation of the enlarged views has been overcome.

**The sole claim is allowed**.

*Contact Information*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to examiner, John Voytek, whose telephone number is (571) 270-3757.  The examiner can normally be reached on 8:00 am - 5:00 pm ET Monday - Friday.  If attempts to reach the examiner by telephone are unsuccessful, the examiner's Supervisor, Lakiya G. Rogers, can be reached at (571) 270-7145.  The official fax phone number for the organization where this application or proceeding is assigned is (571) 273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished applications is available through Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/JOHN A VOYTEK/
Primary Examiner, Art Unit 2916
08/17/2022

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29/795,185 | Kao, Juncheng |
| | Examiner | Art Unit |
| | JOHN A VOYTEK | 2916 |

| CPC - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| A63H33/18; A63H27/00; A63H27/14; A63H33/185; A63B65/08 | 05/02/2022 | /JAV/ |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| D12 | 16.1,323,325,326,327,328,329,331-343,345 | 05/02/2022 | /JAV/ |
| D21 | 301,436,437,438,439,440,441,443-453 | 05/02/2022 | /JAV/ |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| Search Notes | Date | Examiner |
| PALM Inventor Search | 05/02/2022 | /JAV/ |
| PE2E Forward and Backward Search | 05/02/2022 | /JAV/ |
| PE2E/Orbit - Foreign Patent Search | 05/02/2022 | /JAV/ |
| Assignee Search - Not Assigned | 05/02/2022 | /JAV/ |
| NPL SEARCH - https://www.amazon.com/ | 05/02/2022 | /JAV/ |
| NPL SEARCH - https://www.walmart.com/ | 05/02/2022 | /JAV/ |
| NPL SEARCH - https://www.ebay.com/ | 05/02/2022 | /JAV/ |
| NPL SEARCH - Delta style kites; Besra kites; semi-flexible gust wind kites; Delta-Coyne kite | 05/02/2022 | /JAV/ |
| UPDATED | 08/17/2022 | /JAV/ |

| | |
|---|---|
| | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29/795,185 | Kao, Juncheng |
| | **Examiner** | **Art Unit** |
| | JOHN A VOYTEK | 2916 |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| D21 | 436-454 | 05/02/2022 | /JAV/ |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29/795,185 | Kao, Juncheng |
| | **Examiner** | **Art Unit** |
| | JOHN A VOYTEK | 2916 |

| CPC | | | |
|---|---|---|---|
| **Symbol** | | **Type** | **Version** |
| | | | |

| CPC Combination Sets | | | | |
|---|---|---|---|---|
| **Symbol** | **Type** | **Set** | **Ranking** | **Version** |
| | | | | |

| Use images from artifact folder? ○ Yes ◉ No | | |
|---|---|---|
| NONE | **Total Claims Allowed:** | |
| (Assistant Examiner)                         (Date) | 1 | |
| /JOHN A VOYTEK/                    17 August 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| Primary Examiner, Art Unit 2916 | | |
| (Primary Examiner)                          (Date) | 1 | 7,8 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29/795,185 | Kao, Juncheng |
| | **Examiner** | **Art Unit** |
| | JOHN A VOYTEK | 2916 |

**INTERNATIONAL CLASSIFICATION**

**CLAIMED**

| | | 21 | | / | 01 |
|---|---|---|---|---|---|

**NON-CLAIMED**

| | | | | | |
|---|---|---|---|---|---|

**US ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|---|---|
| D21 | 445 |

**CROSS REFERENCES(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Use images from artifact folder? ⚪ Yes ⦿ No | | |
|---|---|---|
| NONE | **Total Claims Allowed:** | |
| (Assistant Examiner)　　　　　　　　(Date) | 1 | |
| /JOHN A VOYTEK/　　　　　　　17 August 2022<br>Primary Examiner, Art Unit 2916 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner)　　　　　　　　(Date) | 1 | 7,8 |

| *Issue Classification* | **Application/Control No.** 29/795,185 | **Applicant(s)/Patent Under Reexamination** Kao, Juncheng |
|---|---|---|
| | **Examiner** JOHN A VOYTEK | **Art Unit** 2916 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| Use images from artifact folder? ◌ Yes ◉ No | | |
|---|---|---|
| NONE | **Total Claims Allowed:** | |
| (Assistant Examiner) (Date) | 1 | |
| /JOHN A VOYTEK/ Primary Examiner, Art Unit 2916        17 August 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) (Date) | 1 | 7,8 |

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|-------|------|-------------|-----|------------------|---------|---------------------|------------|
| L132 | 3 | D21/445 AND @pd>="20220606" | (US-PGPUB; USPAT) | OR | ON | ON | 2022/08/17 10:34 AM |
| L133 | 0 | A63H27/08 AND @pd>="20220606" | (US-PGPUB; USPAT) | OR | ON | ON | 2022/08/17 10:35 AM |
| L134 | 1 | B64C31/032 AND @pd>="20220606" | (US-PGPUB; USPAT) | OR | ON | ON | 2022/08/17 10:35 AM |
| L135 | 0 | A63H27/04 AND @pd>="20220606" | (US-PGPUB; USPAT) | OR | ON | ON | 2022/08/17 10:36 AM |
| L136 | 1 | A63H27/007 AND @pd>="20220606" | (US-PGPUB; USPAT) | OR | ON | ON | 2022/08/17 10:36 AM |
| L137 | 0 | A63H27/14 AND @pd>="20220606" | (US-PGPUB; USPAT) | OR | ON | ON | 2022/08/17 10:37 AM |
| L138 | 0 | A63H27/08 AND @pd>="20220606" | (US-PGPUB; USPAT) | OR | ON | ON | 2022/08/17 10:37 AM |
| L139 | 0 | A63H27/04 AND @pd>="20220606" | (US-PGPUB; USPAT) | OR | ON | ON | 2022/08/17 10:37 AM |

## PE2E SEARCH - Search History (Interference)

| |
|---|
| There are no Interference searches to show. |

DocCode - SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 29795185          Document Date: 08/08/2022

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):
- USPTO employees may access SCORE content via DAV or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date: March 1, 2019

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46357787 |
| **Application Number:** | 29795185 |
| **International Application Number:** | |
| **Confirmation Number:** | 9548 |
| **Title of Invention:** | Kite |
| **First Named Inventor/Applicant Name:** | Juncheng Kao |
| **Customer Number:** | 160315 |
| **Filer:** | Rumit Ranjit Kanakia/ashutosh choudhary |
| **Filer Authorized By:** | Rumit Ranjit Kanakia |
| **Attorney Docket Number:** | 160-219-USDP-EXP |
| **Receipt Date:** | 08-AUG-2022 |
| **Filing Date:** | 17-JUN-2021 |
| **Time Stamp:** | 05:03:51 |
| **Application Type:** | Design |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Response after Ex Parte Quayle Action | 160_219_response_final.pdf | 791793<br>f4c9cb82e3fa8d8b22d9574cbe910d48c408 52c66 | no | 23 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 791793 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

<u>**New Applications Under 35 U.S.C. 111**</u>
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
<u>**National Stage of an International Application under 35 U.S.C. 371**</u>
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
<u>**New International Application Filed with the USPTO as a Receiving Office**</u>
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

160-219-USDP-EXP

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | | |
|---|---|---|---|---|---|
| *In re:* | **Application No.:** | 29/795, 185 | **Confirmation No.:** | 9548 |
| | **Filing Date:** | June 17, 2021 | **Art Unit:** | 2976 |
| | **Inventor** | Juncheng Kao | **Examiner:** | John A Voytek |
| | **Title:** | Kite | **Customer No.:** | 160315 |

## RESPONSE TO EX PARTE QUAYLE ACTION

Mail Stop Amendment

Commissioner for Patents

P.O. Box 1450

Alexandria, VA 22313-1450

Dear Sir/Madam,

In response to the Office Action dated June 6, 2022, the Applicant proposes to amend the above-identified United States patent application as follows

**Amendments to the Specification** is reflected on the second page;

**Amendments to the Drawings** are reflected on the third page; and

**Remarks/Arguments** begin from the fourth page of this document.

160-219-USDP-EXP

**Amendments to the specification**

# Kite

Be it known that I, **Kao, Juncheng**, have invented a new, original, and ornamental design for a Kite, of which the following is a specification, reference being had to the accompanying drawings forming a part hereof:

**Figure 1** is a front elevational view of a Kite showing my new design;

**Figure 2** is a rear elevational view thereof; and

**Figure 3** is a left side view thereof;

**Figure 4** is a right side view thereof;

**Figure 5** is a top plan view thereof;

**Figure 6** is a bottom plan view thereof;

**Figure 7** is a perspective view of a Kite showing my new design thereof;

**Figure 8** is another perspective view thereof;

**Figure 9** is a partial enlarged view of **Figure 3**;

**Figure 10** is a partial enlarged view of **Figure 3**;

**Figure 11** is a partial enlarged view of **Figure 5**;

**Figure 12** is a partial enlarged view of **Figure 5**;

**Figure 13** is a partial enlarged view of **Figure 6**;

**Figure 14** is a partial enlarged view of **Figure 6**;

**Figure 15** is a partial enlarged view of **Figure 7**;

**Figure 16** is a partial enlarged view of **Figure 7**;

**Figure 17** is a partial enlarged view of **Figure 7**, and

**Figure 18** is a partial enlarged view of **Figure 8**.

160-219-USDP-EXP

The broken lines in the ~~figures are for the purposes of illustrating portions~~ drawings demarcate enlarged portions of the Kite ~~, which~~and form no part of the claimed design.

160-219-USDP-EXP

## Amendments to the drawings

Applicant has amended the drawings. The replacement drawing sheets are attached separately with this response.

160-219-USDP-EXP

**Remarks/Arguments**

This is a full and timely response to the office action dated June 6, 2022. By this reply the Applicant has properly traversed, accommodated, or rendered moot all the objections and or rejections and has made all the necessary amendments to the application to place it in condition for allowance.

In particular, the examiner had raised objection to the drawings. To overcome this objection, Applicant has amended the drawings. The replacement drawings are submitted herewith this response. Further, the Applicant has amended the specification to properly describe the purpose of the broken lines and also to correct minor issues in the description. Amendments to the specification is clearly delineated hereinabove. Due care was taken to avoid introduction of new matter.

In view of the amendments and remarks submitted, Applicant believes that the only clai pending is now in good condition for allowance. Hence, the Applicant respectfully requests the examiner to reconsider this application.

Should an additional fee(s) be necessary in connection with the filing of this paper, or if a petition for extension of time is required for timely acceptance of same, such a petition is hereby instituted and the Commissioner is hereby authorized to charge Deposit Account No. 602930 for any such fee(s).

Respectfully submitted by,

**/Rumit R. Kanakia/**

Rumit R. Kanakia, Reg. #72461

Attorney for Applicant

Date: August 8, 2022

REPLACEMENT SHEET
1/18



*FIG.1*

REPLACEMENT SHEET
2/18



FIG.2

REPLACEMENT SHEET
3/18



*FIG.9*

*FIG.10*

*FIG.3*

REPLACEMENT SHEET
4/18



*FIG.4*

REPLACEMENT SHEET
5/18



*FIG.11*

*FIG.12*

*FIG.5*

REPLACEMENT SHEET
6/18



*FIG.13*

*FIG.14*

*FIG.6*

REPLACEMENT SHEET
7/18



*FIG.15*

*FIG.16*

*FIG.17*

*FIG.7*

REPLACEMENT SHEET
8/18

*FIG.18*



*FIG.8*

REPLACEMENT SHEET
9/18



*FIG.9*

REPLACEMENT SHEET
10/18



*FIG.10*

REPLACEMENT SHEET
11/18



*FIG.11*

REPLACEMENT SHEET
12/18



*FIG.12*

REPLACEMENT SHEET
13/18



*FIG.13*

REPLACEMENT SHEET
14/18



*FIG.14*

REPLACEMENT SHEET
15/18



*FIG.15*

REPLACEMENT SHEET
16/18



*FIG.16*

REPLACEMENT SHEET
17/18



*FIG.17*

REPLACEMENT SHEET
18/18



*FIG.18*

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR PATENTS
P.O.BOX 1450
ALEXANDRIA VA 22313-1451

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
POSTEDIGITAL
NNNNN

KA Filing LLC
2112 W. Marjory Ave
Tampa, FL 33606



## Courtesy Reminder for
## Application Serial No: 29/795,185

Attorney Docket No: 160-219-USDP-EXP
Customer Number: 160315
Date of Electronic Notification: 06/06/2022

This is a courtesy reminder that new correspondence is available for this application. If you have not done so already, please review the correspondence. The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90 accompanying the correspondence.

An email notification regarding the correspondence was sent to the following email address(es) associated with your customer number:
CONTACT@KAFILING.COM

To view your correspondence online or update your email addresses, please visit us anytime at **https://ppair-my.uspto.gov/pair/PrivatePair.**
If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov or call 1-866-217-9197.

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/795,185 | 06/17/2021 | Juncheng Kao | 160-219-USDP-EXP | 9548 |

160315          7590          06/06/2022

KA Filing LLC
2112 W. Marjory Ave
Tampa, FL 33606

| EXAMINER |
|---|
| VOYTEK, JOHN A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2916 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/06/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

CONTACT@KAFILING.COM

| *Office Action Summary* | Application No. 29/795,185 | Applicant(s) Kao, Juncheng | |
|---|---|---|---|
| | Examiner JOHN A VOYTEK | Art Unit 2916 | AIA (FITF) Status Yes |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>2</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL.**    2b) ☐ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☑ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) __1__ is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☐ Claim(s) _____ is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☑ The drawing(s) filed on <u>17 June 2021</u> is/are: a) ☐ accepted or  b) ☑ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All    b) ☐ Some**    c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>06/17/2021</u>

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

U.S. Patent and Trademark Office

PTOL-326 (Rev. 11-13)                 Office Action Summary                 Part of Paper No./Mail Date 20220526

*Ex parte* **Quayle**

The present application, filed on or after March 16, 2013, is being examined under the first

inventor to file provisions of the AIA.


This application is in condition for allowance except for the following formal matters:


**Drawings**

The drawings do not meet the requirements of 37 CFR 1.84 (h)(2) because:


- Although applicant has provided demarcation within the drawings (3, 5 and 6-8) to indicate where
  the "enlarged" views shown in Figs. 9-18 originate, the demarcation of the enlarged views is
  depicted in "solid circular" lines. As ALL solid lines are understood to form a part of the claimed
  design, the usage of solid lines for demarcation may confuse the viewer as to the scope of the
  claimed design. For clarity, applicant should amend Figs. 3, 5 and 6-8 to reduce the solid circular
  demarcation to broken lines. (see diagram of Fig. 9 below)



- Further, for clarity, the circular borders surrounding the enlarged views of Figs. 9-18 should be reduced to broken lines to correspond to the amended Figs. 3, 5 and 6-8 (above).



*FIG.9*

**Broken lines in the drawings used for demarcation of enlarged portions of the Kite should be described in a separate paragraph preceding the claim, and as forming no part of the claim.**

### *Replacement Drawings*

Corrected drawing sheets are suggested in reply to the Office action. Any amended replacement drawing sheet should include all of the figures appearing on the immediate prior version of the sheet, even if only one figure is being amended. The figure or figure number of an amended drawing should not be labeled as "amended." If a drawing figure is to be canceled, the appropriate figure must be removed from the replacement sheet, and where necessary, the remaining figures must be renumbered and appropriate changes made to the brief description of the several views of the drawings for consistency. Additional replacement sheets may be necessary to show the renumbering of the remaining figures. If all the figures on a drawing sheet are canceled, a replacement sheet is not required. A marked-up copy of the drawing sheet (labeled as "Annotated Sheet") including an annotation showing that all the figures on that drawing sheet have been canceled must be presented in the amendment or remarks section that explains the change to the drawings. Each drawing sheet submitted after the filing date of an application must be labeled in the top margin as either "Replacement Sheet" or "New Sheet" pursuant to 37 CFR 1.121(d). If the changes are not accepted by the examiner, the applicant will be notified and informed of any required corrective action in the next Office action.

Application/Control Number: 29/795,185                                    Page 4
Art Unit: 2916

Corrected drawings submitted in response to this Office action must be in compliance with 37 CFR
1.121(d). **When preparing new or replacement drawings, be careful to avoid introducing new**
**matter. New matter is prohibited by 35 U.S.C. 132 and 37 CFR 1.121(f).**

*Conclusion*

Prosecution on the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11,
453 O.G. 213.

The references are cited as pertinent prior art.  Applicant may view and obtain copies of the cited
references by visiting http://www.uspto.gov/patft/index.html and pressing the "Number Search" button.
A shortened statutory period for reply to this action is set to expire **TWO (2) MONTHS** from the mailing
date of this letter. Extensions of time may be granted under  37 CFR 1.136 but in no case can any
extension carry the date for reply to this Office action beyond the maximum period of SIX MONTHS set by
statute (35 U.S.C. 133).

The claimed design is patentable over the references cited.

Any inquiry concerning this communication or earlier communications from the examiner should be
directed to examiner, John Voytek, whose telephone number is (571) 270-3757.  The examiner can
normally be reached on 8:00 am - 5:00 pm ET Monday - Friday.  If attempts to reach the examiner by
telephone are unsuccessful, the examiner's Supervisor, Lakiya G. Rogers, can be reached at (571) 270-
7145.  The official fax phone number for the organization where this application or proceeding is assigned
is (571) 273-8300.

Information regarding the status of an application may be obtained from the Patent Application
Information Retrieval (PAIR) system.  Status information for published applications may be obtained from
either Private PAIR or Public PAIR.  Status information for unpublished applications is available through
Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should
you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC)
at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative
or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-
1000.

/JOHN A VOYTEK/
Examiner, Art Unit 2916
05/26/2022

| *Notice of References Cited* | Application/Control No. 29/795,185 | | Applicant(s)/Patent Under Reexamination Kao, Juncheng | |
|---|---|---|---|---|
| | Examiner JOHN A VOYTEK | | Art Unit 2916 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-D803949-S | 11-2017 | Ferrandino; Robert | | D21/445 |
| * | B | US-D392345-S | 03-1998 | Burghardt; Julie A. | | D21/445 |
| * | C | US-4742977-A | 05-1988 | Crowell; Robert L. | A63H27/08 | D21/445 |
| * | D | US-D274827-S | 07-1984 | Belloff; Frederick | | D21/445 |
| * | E | US-20120018583-A1 | 01-2012 | Prieto Estebanez; Alejandro | B64C31/032 | 244/153R |
| * | F | US-6145789-A | 11-2000 | Matlin; Tai Hoon Kim | A63H27/04 | 244/152 |
| * | G | US-6102765-A | 08-2000 | Forti; William B. | A63H27/007 | 446/64 |
| * | H | US-6048246-A | 04-2000 | Forti; William B. | A63H27/007 | 446/64 |
| * | I | US-5725410-A | 03-1998 | Robinson; Allan Brooks | A63H27/14 | 446/62 |
| * | J | US-5328134-A | 07-1994 | Powers; Thomas C. | A63H27/08 | 244/155A |
| * | K | US-5064149-A | 11-1991 | Prouty; Jonathan J. | A63H27/08 | 244/155A |
| * | L | US-5054718-A | 10-1991 | Hull; Harold L. | A63H27/08 | 244/155A |
| * | M | US-4927100-A | 05-1990 | Provenzo, Jr.; Eugene F. | A63H27/08 | 244/214 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Besra Rainbow Delta Kite Single Line Kite with Long Tail [05/26/2022] found online [05/26/2022] - https://www.amazon.com/Besra-110inch-Rainbow-windsock-Outdoor/dp/B077RDW7RH?th=1 |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| | Application/Control No. 29/795,185 | Applicant(s)/Patent Under Reexamination Kao, Juncheng | |
|---|---|---|---|
| *Notice of References Cited* | Examiner JOHN A VOYTEK | Art Unit 2916 | Page 2 of 2 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-4874146-A | 10-1989 | Heid; Edmund | A63H27/08 | 244/153R |
| * | B | US-4807832-A | 02-1989 | Tabor; Donald C. | A63H27/08 | 244/153R |
| * | C | US-4736914-A | 04-1988 | Tabor; Donald C. | A63H27/08 | 244/155A |
| * | D | US-4286762-A | 09-1981 | Prouty; Jonathan J. | A63H27/04 | 244/155A |
| * | E | US-4216929-A | 08-1980 | Holland, Jr.; Raymond P. | A63H27/08 | 244/153R |
| * | F | US-4159087-A | 06-1979 | Moomaw; David E. | A63H27/08 | 242/375.3 |
| * | G | US-20170296937-A1 | 10-2017 | Tiefel; Simeon E. | A63H27/007 | 1/1 |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Search Notes* [barcode] | Application/Control No. 29/795,185 | Applicant(s)/Patent Under Reexamination Kao, Juncheng |
|---|---|---|
| | Examiner JOHN A VOYTEK | Art Unit 2916 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| A63H33/18; A63H27/00; A63H27/14; A63H33/185; A63B65/08 | 05/02/2022 | /JAV/ |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| D12 | 16.1,323,325,326,327,328,329,331-343,345 | 05/02/2022 | /JAV/ |
| D21 | 301,436,437,438,439,440,441,443-453 | 05/02/2022 | /JAV/ |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| PALM Inventor Search | 05/02/2022 | /JAV/ |
| PE2E Forward and Backward Search | 05/02/2022 | /JAV/ |
| PE2E/Orbit - Foreign Patent Search | 05/02/2022 | /JAV/ |
| Assignee Search - Not Assigned | 05/02/2022 | /JAV/ |
| NPL SEARCH - https://www.amazon.com/ | 05/02/2022 | /JAV/ |
| NPL SEARCH - https://www.walmart.com/ | 05/02/2022 | /JAV/ |
| NPL SEARCH - https://www.ebay.com/ | 05/02/2022 | /JAV/ |
| NPL SEARCH - Delta style kites; Besra kites; semi-flexible gust wind kites; Delta-Coyne kite | 05/02/2022 | /JAV/ |

| | |
|---|---|
| | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 29/795,185 | Kao, Juncheng |
| | Examiner | Art Unit |
| | JOHN A VOYTEK | 2916 |

**Interference Search**

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| D21 | 436-454 | 05/02/2022 | /JAV/ |

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|-------|------|-------------|-----|------------------|---------|---------------------|------------|
| L3 | 427 | D21/445 | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2022/05/26 07:34 AM |
| L4 | 25 | ((US-D881549-S OR US-D875183-S OR US-D874577-S OR US-D874578-S OR US-D873350-S OR US-D844067-S OR US-D843486-S OR US-D803949-S OR US-D691215-S OR US-D690777-S OR US-D581992-S OR US-D502745-S OR US-D488514-S OR US-D482409-S OR US-D482078-S OR US-D481765-S OR US-D392345-S OR US-4742977-A OR US-D274827-S OR US-3963200-A OR US-D238596-S OR US-D231245-S OR US-D231114-S OR US-D224248-S).did. AND USPT.dbnm.) OR ((US-3194520-A).did. AND USOC.dbnm.) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/05/26 07:46 AM |
| L5 | 0 | kao juncheng | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 07:49 AM |
| L6 | 10 | ("D462728" OR "D500815" OR "D502745" OR "D506513" OR "D507308" OR "D510110" OR "D511797" OR "D513281" OR "D794719" OR "D843486").pn. | (US-PGPUB; USPAT) | AND | ON | ON | 2022/05/26 07:50 AM |
| L7 | 136 | ("607129" \| "1223163" \| "1328143" \| "D149848" \| "D153590" \| "2533570" \| "D169962" \| "D170037" \| "D170751" \| "D171293" \| "D172465" \| "D184453" \| "2873077" \| "D185535" \| "2988309" \| "D194445" \| "D198881" \| "D200368" \| "D219042" \| "3740008" | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 07:51 AM |

| | | "3893641" \| "D237291" \| "3951363" \| "D240437" \| "D240438" \| "D240439" \| "D240440" \| "D240441" \| "D244265" \| "4076189" \| "D257269" \| "D270259" \| "D278226" \| "D278700" \| "D279492" \| "D281338" \| "D281680" \| "4715564" \| "D294154" \| "4807832" \| "4813637" \| "4830313" \| "4848704" \| "D314366" \| "5152481" \| "D342717" \| "D347032" \| "5328134" \| "D362234" \| "D382851" \| "D392345" \| "5727756" \| "D394039" \| "D396685" \| "5811728" \| "D410503" \| "D410504" \| "D419278" \| "6135388" \| "D444512" \| "D467217" \| "D468255" \| "D475340" \| "D476943" \| "6598833" \| "D482079" \| "D482409" \| "6663050" \| "D486775" \| "D488426" \| "6837463" \| "6854690" \| "D502745" \| "D503141" \| "D508013" \| "6955325" \| "D543494" \| "D583295" \| "D588976" \| "D597148" \| "D597472" \| "7621484" \| "D610066" \| "D616352" \| "D616804" \| "D616805" \| "D626490" \| "D635083" \| "D677613" \| "D690777" \| "D691215" \| "D734402" \| "D738438" \| "D783453" \| "D787983" \| "D803949" \| "D806803" \| "D807809" \| "D807966" \| "D810621" \| "20070120017" \| "20070295864" \| "20080035795" \| "20120018583" \| "20180134357").pn. OR ("D843486").urpn. AND (PGPB \| USPT \| USOC).dbnm. | | | | | |
| L8 | 1074 | A63H33/18 | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 08:01 AM |

| L9 | 4260 | A63H27/00 | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 08:08 AM |
|---|---|---|---|---|---|---|---|
| L10 | 742 | A63H27/14 | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 09:32 AM |
| L11 | 54 | A63H33/185 | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 09:37 AM |
| L12 | 131 | A63B65/08 | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 09:38 AM |
| L13 | 393 | D12/16.1.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 09:40 AM |
| L14 | 109 | D12/323.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 09:55 AM |
| L15 | 146 | D12/325.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 09:57 AM |
| L16 | 188 | D12/326.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:07 AM |
| L17 | 343 | D12/327.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:10 AM |
| L18 | 160 | D12/328.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:30 AM |
| L19 | 87 | D12/329.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:39 AM |
| L20 | 187 | D12/331.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:42 AM |
| L21 | 107 | D12/332.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:44 AM |
| L22 | 471 | D12/333.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:45 AM |
| L23 | 16 | D12/334.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:49 AM |
| L24 | 284 | D12/335.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:50 AM |
| L25 | 166 | D12/336.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:52 AM |
| L26 | 120 | D12/337.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:57 AM |
| L27 | 126 | D12/338.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:57 AM |
| L28 | 172 | D12/339.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 10:59 AM |
| L29 | 94 | D12/340.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:00 AM |
| L30 | 162 | D12/341.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:02 AM |
| L31 | 167 | D12/342.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:04 AM |
| L32 | 96 | D12/343.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:05 AM |
| L33 | 748 | D12/345.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:07 AM |

| L34 | 29 | D21/301.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:15 AM |
|---|---|---|---|---|---|---|---|
| L35 | 115 | D21/436.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:20 AM |
| L36 | 80 | D21/438.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:22 AM |
| L37 | 92 | D21/439.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:23 AM |
| L38 | 177 | D21/440.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:26 AM |
| L39 | 186 | D21/441.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:28 AM |
| L40 | 239 | D21/443.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:32 AM |
| L41 | 144 | D21/444.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:35 AM |
| L42 | 245 | D21/445.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:38 AM |
| L43 | 38 | D21/446.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:38 AM |
| L44 | 128 | D21/447.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:39 AM |
| L45 | 89 | D21/448.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:42 AM |
| L46 | 193 | D21/449.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:43 AM |
| L47 | 218 | D21/450.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:46 AM |
| L48 | 111 | D21/451.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:49 AM |
| L49 | 128 | D21/452.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:50 AM |
| L50 | 154 | D21/453.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:53 AM |
| L51 | 1527 | D30/160.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 11:55 AM |
| L52 | 5372 | Boomerang | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 12:11 PM |
| L54 | 59 | D21/437.ccls. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 12:44 PM |
| L55 | 10 | ("D462728" OR "D500815" OR "D502745" OR "D506513" OR "D507308" OR "D510110" OR "D511797" OR "D513281" OR "D794719" OR "D843486").pn. | (US-PGPUB; USPAT) | AND | ON | ON | 2022/05/26 02:30 PM |
| L56 | 136 | ("607129" \| "1223163" \| | (US-PGPUB; USPAT; | AND | ON | ON | 2022/05/26 |

| | | "1328143" | "D149848" | "D153590" | "2533570" | "D169962" | "D170037" | "D170751" | "D171293" | "D172465" | "D184453" | "2873077" | "D185535" | "2988309" | "D194445" | "D198881" | "D200368" | "D219042" | "3740008" | "3893641" | "D237291" | "3951363" | "D240437" | "D240438" | "D240439" | "D240440" | "D240441" | "D244265" | "4076189" | "D257269" | "D270259" | "D278226" | "D278700" | "D279492" | "D281338" | "D281680" | "4715564" | "D294154" | "4807832" | "4813637" | "4830313" | "4848704" | "D314366" | "5152481" | "D342717" | "D347032" | "5328134" | "D362234" | "D382851" | "D392345" | "5727756" | "D394039" | "D396685" | "5811728" | "D410503" | "D410504" | "D419278" | "6135388" | "D444512" | "D467217" | "D468255" | "D475340" | "D476943" | "6598833" | "D482079" | "D482409" | "6663050" | "D486775" | "D488426" | "6837463" | "6854690" | "D502745" | "D503141" | "D508013" | "6955325" | "D543494" | "D583295" | "D588976" | "D597148" | "D597472" | "7621484" | "D610066" | "D616352" | "D616804" | "D616805" | "D626490" | "D635083" | "D677613" | "D690777" | "D691215" | "D734402" | "D738438" | "D783453" | "D787983" | "D803949" | "D806803" | "D807809" | "D807966" | "D810621" | | USOCR) | | | | | 02:30 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | "20070120017" \| "20070295864" \| "20080035795" \| "20120018583" \| "20180134357").pn. OR ("D843486").urpn. AND (PGPB \| USPT \| USOC).dbnm. | | | | | |
| L57 | 72 | ((US-D881549-S OR US-D875183-S OR US-D874377-S OR US-D874578-S OR US-D873350-S OR US-D844067-S OR US-D843486-S OR US-D803949-S OR US-D691215-S OR US-D690777-S OR US-D581992-S OR US-D502745-S OR US-D488514-S OR US-D482409-S OR US-D482078-S OR US-D481765-S OR US-D392345-S OR US-4742977-A OR US-D274827-S OR US-3963200-A OR US-D238596-S OR US-D231245-S OR US-D231114-S OR US-D224248-S OR US-10807013-B2 OR US-D807809-S OR US-D806803-S OR US-D787983-S OR US-D626490-S OR US-6955325-B1 OR US-D270259-S OR US-D257269-S OR US-3951363-A OR US-8702467-B2 OR US-6145789-A OR US-6139392-A OR US-6102765-A OR US-6048246-A OR US-5725410-A OR US-5328134-A OR US-5180123-A OR US-5078639-A OR US-5064149-A OR US-5054718-A OR US-4927100-A OR US-4874146-A OR US-4871133-A OR US-4830313-A OR US-4807832-A OR US-4736914-A OR US- | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN); FPRS; EPO; JPO; DERWENT; IBM_TDB) | AND | ON | ON | 2022/05/26 02:33 PM |

| | | 4655720-A OR US-4286762-A OR US-4216929-A OR US-4159087-A OR US-3746286-A OR US-D377200-S OR US-D819749-S OR US-D265489-S OR US-D263322-S OR US-D262729-S OR US-D294154-S OR US-D281338-S).did. AND USPT.dbnm.) OR ((US-3194520-A OR US-3335984-A OR US-D200862-S OR US-D165071-S OR US-D157767-S).did. AND USOC.dbnm.) OR ((US-20120018583-A1 OR US-20080035795-A1 OR US-20220062781-A1 OR US-20080274664-A1 OR US-20170296937-A1).did. AND PGPB.dbnm.) | | | | | |
|---|---|---|---|---|---|---|---|
| L58 | 0 | ("2022/0062781").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | AND | ON | ON | 2022/05/26 02:33 PM |
| L59 | 10 | ("D462728" OR "D500815" OR "D502745" OR "D506513" OR "D507308" OR "D510110" OR "D511797" OR "D513281" OR "D794719" OR "D843486").pn. | (US-PGPUB; USPAT) | AND | ON | ON | 2022/05/26 02:34 PM |
| L60 | 70 | ((US-D881549-S OR US-D875183-S OR US-D874577-S OR US-D874578-S OR US-D873350-S OR US-D844067-S OR US-D803949-S OR US-D691215-S OR US-D690777-S OR US-D581992-S OR US-D488514-S OR US-D482409-S OR US-D482078-S OR US-D481765-S OR US-D392345-S OR US-4742977-A OR US-D274827-S OR US- | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN); FPRS; EPO; JPO; DERWENT; IBM_TDB) | AND | ON | ON | 2022/05/26 02:34 PM |

| | | 3963200-A OR US-D238596-S OR US-D231245-S OR US-D231114-S OR US-D224248-S OR US-10807013-B2 OR US-D807809-S OR US-D806803-S OR US-D787983-S OR US-D626490-S OR US-6955325-B1 OR US-D270259-S OR US-D257269-S OR US-3951363-A OR US-8702467-B2 OR US-6145789-A OR US-6139392-A OR US-6102765-A OR US-6048246-A OR US-5725410-A OR US-5328134-A OR US-5180123-A OR US-5078639-A OR US-5064149-A OR US-5054718-A OR US-4927100-A OR US-4874146-A OR US-4871133-A OR US-4830313-A OR US-4807832-A OR US-4736914-A OR US-4655720-A OR US-4286762-A OR US-4216929-A OR US-4159087-A OR US-3746286-A OR US-D377200-S OR US-D819749-S OR US-D265489-S OR US-D263322-S OR US-D262729-S OR US-D294154-S OR US-D281338-S).did. AND USPT.dbnm.) OR ((US-3194520-A OR US-3335984-A OR US-D200862-S OR US-D165071-S OR US-D157767-S).did. AND USOC.dbnm.) OR ((US-20120018583-A1 OR US-20080035795-A1 OR US-20220062781-A1 OR US-20080274664-A1 OR US-20170296937-A1).did. AND PGPB.dbnm.) | | | | | |
|---|---|---|---|---|---|---|---|

| L61 | 27 | ((US-D803949-S OR US-D392345-S OR US-4742977-A OR US-D274827-S OR US-10807013-B2 OR US-6955325-B1 OR US-D270259-S OR US-8702467-B2 OR US-6145789-A OR US-6102765-A OR US-6048246-A OR US-5725410-A OR US-5328134-A OR US-5078639-A OR US-5064149-A OR US-5054718-A OR US-4927100-A OR US-4874146-A OR US-4807832-A OR US-4736914-A OR US-4286762-A OR US-4216929-A OR US-4159087-A OR US-D377200-S).did. AND USPT.dbnm.) OR ((US-20120018583-A1 OR US-20080035795-A1 OR US-20170296937-A1).did. AND PGPB.dbnm.) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN); FPRS; EPO; JPO; DERWENT; IBM_TDB) | AND | ON | ON | 2022/05/26 02:41 PM |
| L62 | 23 | ((US-D803949-S OR US-D392345-S OR US-4742977-A OR US-D274827-S OR US-6955325-B1 OR US-8702467-B2 OR US-6145789-A OR US-6102765-A OR US-6048246-A OR US-5725410-A OR US-5328134-A OR US-5064149-A OR US-5054718-A OR US-4927100-A OR US-4874146-A OR US-4807832-A OR US-4736914-A OR US-4286762-A OR US-4216929-A OR US-4159087-A OR US-D377200-S).did. AND USPT.dbnm.) OR ((US-20120018583-A1 OR US-20170296937-A1).did. AND PGPB.dbnm.) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN); FPRS; EPO; JPO; DERWENT; IBM_TDB) | AND | ON | ON | 2022/05/26 02:42 PM |
| L63 | 20 | ((US-D803949-S OR | (US-PGPUB; USPAT; | AND | ON | ON | 2022/05/26 |

| | | US-D392345-S OR US-4742977-A OR US-D274827-S OR US-6145789-A OR US-6102765-A OR US-6048246-A OR US-5725410-A OR US-5328134-A OR US-5064149-A OR US-5054718-A OR US-4927100-A OR US-4874146-A OR US-4807832-A OR US-4736914-A OR US-4286762-A OR US-4216929-A OR US-4159087-A).did. AND USPT.dbnm.) OR ((US-20120018583-A1 OR US-20170296937-A1).did. AND PGPB.dbnm.) | USOCR; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | 02:43 PM |

## PE2E SEARCH - Search History (Interference)

| There are no Interference searches to show. |
| --- |

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | |
| Filing Date | | |
| First Named Inventor | Juncheng Kao | |
| Art Unit | | |
| Examiner Name | | |
| Attorney Docket Number | 160-219-USDP-EXP | |

## U.S.PATENTS   Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | D511797 | S | 2005-11-22 | Don Tabor | |
| | 2 | D510110 | S | 2005-09-27 | Don Tabor | |
| | 3 | D507308 | S | 2005-07-12 | Don Tabor | |
| | 4 | D506513 | S | 2005-06-21 | Don Tabor | |
| | 5 | D500815 | S | 2005-01-11 | Don Tabor | |
| | 6 | D502745 | S | 2005-03-08 | Don Tabor | |
| | 7 | D843486 | S | 2019-03-19 | Francis A. Alonso | |
| | 8 | D794719 | S | 2017-08-15 | Luis Fernando Villar | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.A.V/

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Juncheng Kao |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 160-219-USDP-EXP |

| | | | | | |
|---|---|---|---|---|---|
| 9 | D462728 | S | 2002-09-10 | Jung-Yuan (Jay) Wang | |
| 10 | D513281 | S | 2005-12-27 | Don Tabor | |

If you wish to add additional U.S. Patent citation information please click the Add button.  [Add]

## U.S.PATENT APPLICATION PUBLICATIONS  [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  [Add]

## FOREIGN PATENT DOCUMENTS  [Remove]

| Examiner Initial* | Cite No | Foreign Document Number³ | Country Code²i | Kind Code⁴ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T⁵ |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button  [Add]

## NON-PATENT LITERATURE DOCUMENTS  [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc) date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | 1 | | |

If you wish to add additional non-patent literature document citation information please click the Add button  [Add]

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.A.V/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | |
|---|---|---|
| | Filing Date | |
| | First Named Inventor | Juncheng Kao |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 160-219-USDP-EXP |

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | /JOHN A VOYTEK/ | Date Considered | 05/26/2022 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.A.V/

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( Not for submission under 37 CFR 1.99) | Application Number | |
| | Filing Date | |
| | First Named Inventor | Juncheng Kao |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 160-219-USDP-EXP |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

✗ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /RUMIT R. KANAKIA/ | Date (YYYY-MM-DD) | 2021-06-16 |
| Name/Print | RUMIT R. KANAKIA | Registration Number | 72461 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.A.V/

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.A.V/

# Bibliographic Data

Application No:     29/795,185

Foreign Priority claimed:     ○ Yes     ● No

35 USC 119 (a-d) conditions met:     ☐ Yes     ☐ No          ☐ Met After Allowance

Verified and Acknowledged:     | /JOHN A VOYTEK/ |          | /JAV/ |
                               | Examiner's Signature |     | Initials |

Title:     | Kite |

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/17/2021 **RULE** | D21 | 2916 | 160-219-USDP-EXP |

**APPLICANTS**

**INVENTORS**

Juncheng Kao, Weifang, CHINA

**CONTINUING DATA**

**FOREIGN APPLICATIONS**

**IF REQUIRED, FOREIGN LICENSE GRANTED\*\***

06/21/2021

**\*\* MICRO ENTITY \*\***

**STATE OR COUNTRY**

CHINA

**ADDRESS**

KA Filing LLC
2112 W. Marjory Ave
Tampa, FL 33606
UNITED STATES

**FILING FEE RECEIVED**

$655

UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| | **UNITED STATES DEPARTMENT OF COMMERCE**<br>**United States Patent and Trademark Office**<br>Address: COMMISSIONER FOR PATENTS<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450<br>www.uspto.gov |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/795,185 | 06/17/2021 | Juncheng Kao | 160-219-USDP-EXP | 9548 |

160315        7590        04/01/2022

KA Filing LLC
2112 W. Marjory Ave
Tampa, FL 33606

| EXAMINER |
|---|
| STOUT, MICHAEL C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2924 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 04/01/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

CONTACT@KAFILING.COM

PTOL-90A (Rev. 04/07)

| **Decision on Request for Expedited Examination of a Design Application** | **Application No.** | **Applicant(s)** | |
|---|---|---|---|
| | 29/795,185 | Kao, Juncheng | |
| | **Examiner** | **Art Unit** | **AIA (FITF) Status** |
| | Vy N Koenig | 2918 | Yes |

This decision is in response to the request for an expedited examination of Design Application filed <u>17 June 2021</u>

☑ **Request GRANTED** - Your request under 37 CFR 1.155 has been considered and approved.

☐ **Other Comments: _____**

This decision is issued on behalf of and with authorization by the Director, Technology Center 2900. Any inquiry regarding this decision should be directed to the undersigned.

/MICHELLE E. WILSON/
*Supervisory Patent Examiner*
*Technology Center 2900*
*Phone:* (571)272-7954



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 29/795,185 | 06/17/2021 | 2913 | 255 | 160-219-USDP-EXP | 1 | 1 |

**CONFIRMATION NO. 9548**

160315
KA Filing LLC
2112 W. Marjory Ave
Tampa, FL 33606

**FILING RECEIPT**

|||||||||||||||||||||||||||||||
OC000000128442714

Date Mailed: 06/22/2021

Receipt is acknowledged of this non-provisional design patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
    Juncheng Kao, Weifang, CHINA;
**Applicant(s)**
    Juncheng Kao, Weifang, CHINA;
**Power of Attorney:** The patent practitioners associated with Customer Number 160315

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed  (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)  - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 06/21/2021

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 29/795,185**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* MICRO ENTITY \*\***
**Title**

      Kite

**Preliminary Class**

      D21

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 29795185          Document Date: 06/17/2021

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):
- USPTO employees may access SCORE content via DAV or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date: March 1, 2019

Doc Code: ROCKET
Document Description: Req for Expedited Processing, Design Rocket Docket

PTO/SB/27 (05-15)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **REQUEST FOR EXPEDITED EXAMINATION OF A DESIGN APPLICATION (37 CFR 1.155)** | **Application Number** | |
| | **Filing Date** | |
| | **First Named Inventor** | Juncheng Kao |
| | **Title** | Kite |
| | **Atty Docket Number** | 160-219-USDP-EXP |

**ADDRESS TO:**

MAIL STOP EXPEDITED DESIGN
COMMISSIONER OF PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450

This is a request for expedited examination of a design application under 37 CFR 1.155.

NOTE: If the present form (PTO/SB/27) accompanies a new nonprovisional design application under 37 CFR 1.53(b), include form PTO/SB/18 "Design Patent Application Transmittal" or its equivalent. Do not include the present form (PTO/SB/27) on the date of filing a new international design application. For an international design application to qualify for expedited examination, 37 CFR 1.155(a)(1) provides that the international design application first must have been published by WIPO pursuant to Hague Agreement Article 10(3).

A preexamination search was conducted. The field of search was:
TTL:(KITE) AND LOC:(21-01)
_____
_____
_____

Related applications: _____

The following items are required under 37 CFR 1.155:

- Drawings in compliance with 37 CFR 1.84, unless the design application is an international design application that designates the United States and was published by WIPO pursuant to Hague Agreement Article 10(3).
- The fee set forth in 37 CFR 1.17(k).
- An information disclosure statement in compliance with 37 CFR 1.98.

**Note:** The Office will not grant a request for expedited examination if all of the requirements of 37 CFR 1.155 are not satisfied. In addition, the Office will not examine an application that is not in a condition for examination (e.g., missing basic filing fee) even if the applicant files a request for expedited examination under 37 CFR 1.155.

| /RUMIT R. KANAKIA/ | 06/16/2021 |
|---|---|
| Signature | Date |
| RUMIT R. KANAKIA | 72461 |
| Typed or printed name | Registration Number, if applicable |
| | |
| Telephone Number | |

**Warning: Information on this form may become public. Credit card information should not be included on this form.**
**Provide credit card information and authorization on PTO-2038.**

This collection of information is required by 37 CFR 1.48. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..

Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in <u>either</u> the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| | |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✔] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above: | 160315 |

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[✔] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number: | |

OR

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | | State | | Zip | |
| Country | |
| Telephone | | Email | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## Juncheng Kao

[✔] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[ ] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | /Juncheng Kao/ | Date (Optional) | |
|---|---|---|---|
| Name | Juncheng Kao | | |
| Title | Designer | | |

<u>NOTE:</u> Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[ ] Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: MES.GIB
Document Description: Certification of Micro Entity Status (Gross Income Basis)

PTO/SB/15A (07-14)

## CERTIFICATION OF MICRO ENTITY STATUS
### (GROSS INCOME BASIS)

| Application Number or Control Number (if applicable): | Patent Number (if applicable): |
|---|---|
| First Named Inventor:<br>Juncheng Kao | Title of Invention:<br>Kite |

The applicant hereby certifies the following—

(1) **SMALL ENTITY REQUIREMENT** – The applicant qualifies as a small entity as defined in 37 CFR 1.27.

(2) **APPLICATION FILING LIMIT** – Neither the applicant nor the inventor nor a joint inventor has been named as the inventor or a joint inventor on more than four previously filed U.S. patent applications, excluding provisional applications and international applications under the Patent Cooperation Treaty (PCT) for which the basic national fee under 37 CFR 1.492(a) was not paid, and also excluding patent applications for which the applicant has assigned all ownership rights, or is obligated to assign all ownership rights, as a result of the applicant's previous employment.

(3) **GROSS INCOME LIMIT ON APPLICANTS AND INVENTORS** – Neither the applicant nor the inventor nor a joint inventor, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986 (26 U.S.C. 61(a)), exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

(4) **GROSS INCOME LIMIT ON PARTIES WITH AN "OWNERSHIP INTEREST"** – Neither the applicant nor the inventor nor a joint inventor has assigned, granted, or conveyed, nor is under an obligation by contract or law to assign, grant, or convey, a license or other ownership interest in the application concerned to an entity that, in the calendar year preceding the calendar year in which the applicable fee is being paid, had a gross income, as defined in section 61(a) of the Internal Revenue Code of 1986, exceeding the "Maximum Qualifying Gross Income" reported on the USPTO Web site at http://www.uspto.gov/patents/law/micro_entity.jsp which is equal to three times the median household income for that preceding calendar year, as most recently reported by the Bureau of the Census.

| SIGNATURE by an authorized party set forth in 37 CFR 1.33(b) | | | | |
|---|---|---|---|---|
| Signature | /RUMIT R. KANAKIA/ | | | |
| Name | RUMIT R. KANAKIA | | | |
| Date | 06/16/2021 | Telephone | | Registration No. | 72461 |

☐ There is more than one inventor and I am one of the inventors who are jointly identified as the applicant. The required additional certification form(s) signed by the other joint inventor(s) are included with this form.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | |
| | Filing Date | |
| | First Named Inventor | Juncheng Kao |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 160-219-USDP-EXP |

| U.S.PATENTS | | | | | Remove |
|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | D511797 | S | 2005-11-22 | Don Tabor | |
| | 2 | D510110 | S | 2005-09-27 | Don Tabor | |
| | 3 | D507308 | S | 2005-07-12 | Don Tabor | |
| | 4 | D506513 | S | 2005-06-21 | Don Tabor | |
| | 5 | D500815 | S | 2005-01-11 | Don Tabor | |
| | 6 | D502745 | S | 2005-03-08 | Don Tabor | |
| | 7 | D843486 | S | 2019-03-19 | Francis A. Alonso | |
| | 8 | D794719 | S | 2017-08-15 | Luis Fernando Villar | |

EFS Web 2.1.18

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Juncheng Kao |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 160-219-USDP-EXP |

| | | | | |
|---|---|---|---|---|
| 9 | D462728 | S | 2002-09-10 | Jung-Yuan (Jay) Wang |
| 10 | D513281 | S | 2005-12-27 | Don Tabor |

If you wish to add additional U.S. Patent citation information please click the Add button. **Add**

## U.S.PATENT APPLICATION PUBLICATIONS   **Remove**

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. **Add**

## FOREIGN PATENT DOCUMENTS   **Remove**

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

## NON-PATENT LITERATURE DOCUMENTS   **Remove**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc) date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | |

If you wish to add additional non-patent literature document citation information please click the Add button **Add**

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | |
| | Filing Date | |
| | First Named Inventor | Juncheng Kao |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 160-219-USDP-EXP |

| EXAMINER SIGNATURE | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Juncheng Kao |
| Art Unit | |
| Examiner Name | |
| Attorney Docket  Number | 160-219-USDP-EXP |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE
 A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /RUMIT R. KANAKIA/ | Date (YYYY-MM-DD) | 2021-06-16 |
|---|---|---|---|
| Name/Print | RUMIT R. KANAKIA | Registration Number | 72461 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.     The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.     A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.     A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.     A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.     A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.     A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.     A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.     A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.     A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Kite |
| **First Named Inventor/Applicant Name:** | Juncheng Kao |
| **Filer:** | Rumit Ranjit Kanakia/ashutosh choudhary |
| **Attorney Docket Number:** | 160-219-USDP-EXP |

Filed as Micro Entity

**Filing Fees for   Design**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| BASIC DSGN APPL. FILING FEE | 3012 | 1 | 55 | 55 |
| DESIGN OR DESIGN CPA SEARCH FEE | 3112 | 1 | 40 | 40 |
| DESIGN OR DESIGN CPA EXAMINATION FEE | 3312 | 1 | 160 | 160 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| REQUEST EXPEDITED EXAM OF DESIGN APPL | 3802 | 1 | 400 | 400 |
| **Petition:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **655** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43010823 |
| **Application Number:** | 29795185 |
| **International Application Number:** | |
| **Confirmation Number:** | 9548 |
| **Title of Invention:** | Kite |
| **First Named Inventor/Applicant Name:** | Juncheng Kao |
| **Customer Number:** | 160315 |
| **Filer:** | Rumit Ranjit Kanakia/ashutosh choudhary |
| **Filer Authorized By:** | Rumit Ranjit Kanakia |
| **Attorney Docket Number:** | 160-219-USDP-EXP |
| **Receipt Date:** | 17-JUN-2021 |
| **Filing Date:** | |
| **Time Stamp:** | 08:42:51 |
| **Application Type:** | Design |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $655 |
| RAM confirmation Number | E20216G943121798 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Drawings-only black and white line drawings | drawing.pdf | 141746<br><br>85b6235122b377d1de3784b302b91054c38871aa | no | 18 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Specification | Specification.pdf | 208073<br><br>ece1d48ae03a6d3f9f98b57621fc9daaa0cfbfe2 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Application Data Sheet | ADS.pdf | 1505554<br><br>fc335231fa2ed81b2f84e17cc36764f9f415626f | no | 6 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Oath or Declaration filed | OATH.pdf | 225104<br><br>aec660ad5e4870fd26771cdf776d0c680e7e142f | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Req for Expedited Processing, Design Rocket Docket | ExpeditedDesignRequest_Page_1.pdf | 374520<br><br>d8b247ed25a002027d6f0fdc4d14adf73aa6095a | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 6 | Power of Attorney | POA1.pdf | 315235<br><br>eb7bb1cc90b7bf2c9363f259c58ab1bb41d7d2fb | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |

| 7 | Certification of Micro Entity (Gross Income Basis) | Microentity_Page_1.pdf | 440348<br>2ca98bfe28c1e3e66b8c3ea04137221cc54d86a8 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | Information Disclosure Statement (IDS) Form (SB08) | IDS.pdf | 1034611<br>bed77250b2e3b582ac664a04a5a02510d916f212 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 9 | Fee Worksheet (SB06) | fee-info.pdf | 36784<br>e98aaf03acefcbca23902f281ec0f463ab1fd0ac | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 4281975 |
|---|---|

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**



*FIG.1*



*FIG.2*



*FIG.9*

*FIG.10*

*FIG.3*



*FIG.4*



FIG.11

FIG.12

FIG.5



*FIG.13*

*FIG.14*

*FIG.6*



*FIG.15*

*FIG.16*

*FIG.17*

*FIG.7*

*FIG.18*



*FIG.8*



*FIG.9*



FIG.10



FIG.11



FIG.12



*FIG.13*



FIG.14



*FIG.15*



*FIG.16*



FIG.17



*FIG.18*

**Kite**

Be it known that I, Kao, Juncheng, have invented a new, original, and ornamental design for a Kite, of which the following is a specification, reference being had to the accompanying
5    drawings forming a part hereof:

        Figure 1 is a front elevational view of a Kite showing my new design;

        Figure 2 is a rear elevational view thereof;and

        Figure 3 is a left side view thereof;

10        Figure 4 is a right side view thereof;

        Figure 5 is a top plan view thereof;

        Figure 6 is a bottom plan view thereof;

        Figure 7 is a perspective view of a Kite showing my new design;

        Figure 8 is another perspective view thereof;

15        Figure 9 is a partial enlarged view of Figure 3;

        Figure 10 is a partial enlarged view of Figure 3;

        Figure 11 is a partial enlarged view of Figure 5;

        Figure 12 is a partial enlarged view of Figure 5;

        Figure 13 is a partial enlarged view of Figure 6;

20        Figure 14 is a partial enlarged view of Figure 6;

        Figure 15 is a partial enlarged view of Figure 7;

        Figure 16 is a partial enlarged view of Figure 7

        Figure 17 is a partial enlarged view of Figure 7

        Figure 18 is a partial enlarged view of Figure 8.

25

        The broken lines in the figures are for the purposes of illustrating portions of the Kite, which form no part of the claimed design.

        I CLAIM:

30        The ornamental design for a Kite as shown and described.

1

PTO/AIA/14 (03-13)
Approved for use through 11/30/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 160-219-USDP-EXP |
|---|---|---|
| | Application Number | |

| Title of Invention | Kite |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | Remove |
|---|---|---|---|
| **Legal Name** | | | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Juncheng | | Kao | |

**Residence Information (Select One)**   US Residency   ● Non US Residency   Active US Military Service

| City | Weifang | Country of Residence i | CN |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | Jinke Huafu Community, Caihong Road | | |
|---|---|---|---|
| Address 2 | Weicheng District | | |
| City | Weifang | State/Province | SH |
| Postal Code | 261021 | Country i | CN |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.   | Add |

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 160315 | | |
|---|---|---|---|
| Email Address | CONTACT@KAFILING.COM | Add Email | Remove Email |

## Application Information:

| Title of the Invention | Kite | | |
|---|---|---|---|
| Attorney Docket Number | 160-219-USDP-EXP | Small Entity Status Claimed | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Design | | |
| Total Number of Drawing Sheets (if any) | 18 | Suggested Figure for Publication (if any) | |

PTO/AIA/14 (03-13)
Approved for use through 11/30/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 160-219-USDP-EXP |
| | Application Number | |

| Title of Invention | Kite |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
| Customer Number | 160315 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.

| Prior Application Status | ▼ | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | ▼ | | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. — [Add]

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. — [Add]

PTO/AIA/14 (03-13)
Approved for use through 11/30/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 160-219-USDP-EXP |
|---|---|---|
| | Application Number | |

| Title of Invention | Kite |
|---|---|

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (03-13)
Approved for use through 11/30/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 160-219-USDP-EXP |
|---|---|---|
| | Application Number | |

| Title of Invention | Kite |
|---|---|

**Applicant** 1        [ Remove ]

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[ Clear ]

| Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

[ ▼ ]

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| [ ▼ ] | | | | [ ▼ ] |

**Mailing Address Information For Applicant:**

| Address 1 | |
|---|---|
| Address 2 | |
| City | | State/Province | |
| Country | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

Additional Applicant Data may be generated within this form by selecting the Add button.    [ Add ]

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee** 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

[ Remove ]

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 160-219-USDP-EXP |
|---|---|---|
| | Application Number | |

| Title of Invention | Kite |
|---|---|

If the Assignee is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |
| City | | State/Province | |
| Country i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

Additional Assignee Data may be generated within this form by selecting the Add button. [Add]

## Signature:

[Remove]

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Signature | /RUMIT R. KANAKIA/ | | Date (YYYY-MM-DD) | 2021-06-16 |
|---|---|---|---|---|
| First Name | RUMIT R. | Last Name | KANAKIA | Registration Number | 72461 |

Additional Signature may be generated within this form by selecting the Add button. [Add]

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| **Title of Invention** | Kite |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☑ The attached application, or

☐ United States application or PCT international application number _____

filed on _____.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Juncheng Kao      Date (Optional) : _____

Signature: /Juncheng Kao/

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*