# **EXHIBIT 2**

















Case: 1:25-cv-08491 Document #: 46-2 Filed: 01/29/26 Page 9 of 11 PageID #:830