# **EXHIBIT 3**

PageVault

| | |
|---|---|
| Document title: | Amazon.com: Customer reviews: Besra 110inch Rainbow Delta Kite 9.2ft Single Line Kite with 15m Long Tail for Kids and Adults Outdoor Fun Sports for Beach &amp; Park |
| Capture URL: | https://www.amazon.com/product-reviews/B077RDW7RH/ref=cm_cr_arp_d_viewopt_mdrvw?ie=UTF8&reviewerType=all_reviews&mediaType=media_reviews_only&pageNumber=1 |
| Page loaded at (UTC): | Wed, 03 Sep 2025 21:18:25 GMT |
| Capture timestamp (UTC): | Wed, 03 Sep 2025 21:19:26 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | 5Nn5hxaHYUuxRHAgBeE9rd |
| Display Name: | cdepreter |

PDF REFERENCE #:        rGnnoTrWj87Wa8kehLnYAi









compliments on it.



7 people found this helpful

Helpful | Report

‹ Previous page | Next page ›

‹ See all details for Besra 110inch Rainbow Delta Kite 9.2ft Single Line Kite with 15m Long...

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us

### Amazon Payment Products

### Let Us Help You



**Claudia**
★★★★★ LOVE IT!
Reviewed in the United States on July 17, 2018

Easy to assemble. Easy to control. My 6 year old nephew had no trouble keeping it up in the air. LOVE the bright colors! Got so many compliments on it.

**Images in this review**

---

Amazon Music — Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management

Amazon Business — Everything For Your Business | Amazon Fresh — Groceries & More Right To Your Door | AmazonGlobal — Ship Orders Internationally | Home Services — Experienced Pros Happiness Guarantee | Amazon Web Services — Scalable Cloud Computing Services | Audible — Listen to Books & Original Audio Performances | Box Office Mojo — Find Movie Box Office Data

Goodreads — Book reviews & recommendations | IMDb — Movies, TV & Celebrities | IMDbPro — Get Info Entertainment Professionals Need | Kindle Direct Publishing — Indie Digital & Print Publishing Made Easy | Amazon Photos — Unlimited Photo Storage Free With Prime | Prime Video Direct — Video Distribution Made Easy | Shopbop — Designer Fashion Brands

Amazon Resale — Great Deals on Quality Used Products | Whole Foods Market — America's Healthiest Grocery Store | Woot! — Deals and Shenanigans | Zappos — Shoes & Clothing | Ring — Smart Home Security Systems | eero WiFi — Stream 4K Video in Every Room | Blink — Smart Security for Every Home

Neighbors App — Real-Time Crime & Safety Alerts | Amazon Subscription Boxes — Top subscription boxes – right to your door | PillPack — Pharmacy Simplified | Amazon Renewed — Like-new products you can trust

Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates