# EXHIBIT 4

PageVault

| | |
|---|---|
| Document title: | Amazon.com: Besra 110inch Rainbow Delta Kite 9.2ft Single Line Kite with 15m Long Tail for Kids and Adults Outdoor Fun Sports for Beach & Park : Toys & Games |
| Capture URL: | https://www.amazon.com/Besra-110inch-Rainbow-windsock-Outdoor/dp/B077RDW7RH/ref=sr_1_1?c=ts&dib=eyJ2IjoiMSJ9.fpjd2sVQpTlcLiv7ujgQxuYIuH4NpvQzC3fCS8Oyw25EQl-vPUYbUpw4-qElG30kNpC6r38NPy7RJNTDQCT914jWMxzEs2kOLLn0XBuhsQIQFLD1e48JImYQjfGVlvrzqcJXgiejRmpDQ2XJUC5qZHr9kAhQtdrhuRvpFFx4MM5wUErTqE245kGOGcqtwltS.HnVCvNF33m9JBPrzFcpmSN_nwmxql6RwfymRdGYaSkU&dib_tag=se&keywords=Kites&qid=1757003494&refinements=p_89%3ABesra&s=toys-and-games&sr=1-1&ts_id=1234183011&th=1 |
| Page loaded at (UTC): | Thu, 04 Sep 2025 16:34:03 GMT |
| Capture timestamp (UTC): | Thu, 04 Sep 2025 16:34:32 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 7 |
| Capture ID: | uhkLmW95Z7M93Q2BHqHBnN |
| Display Name: | kjozwiak |

amazon Delivering to Chicago 60614 Update location | Toys & Games | Kites | EN | Hello, Karolina Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Luxury | Amazon Basics | Pet Supplies | Today's Deals | Household, Health & Baby Care

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

amazon business Top savings on business-only items

Toys & Games › Sports & Outdoor Play › Kites & Wind Spinners › Kites

VIDEO

Click to see full view

# Besra Rainbow Delta Kite Single Line Kite with Long Tail for Kids and Adults Outdoor Fun Sports for Beach & Park

Visit the Besra Store

4.0 ★★★★☆ (250) | Ask questions and search reviews

$28.95

FREE Returns

Apply for Amazon Visa and get a $50 Gift Card upon approval. Find out how

Color: **110inch**

$25.99

$28.95

| | |
|---|---|
| **Brand** | Besra |
| **Color** | 110inch |
| **Material** | Nylon |
| **Theme** | Rainbow |
| **Frame Material** | Plastic or Fiberglass |

## About this item

- Level wind 2-5 can take off.It's very beautiful and dynamic in the sky
- Designed with fashion pattern,it's easy to fly and classic
- With Handle and Strings , easy to carry and convenient to use
- Size:110 x 55 inch, the tail is 15m long
- This colorful kite is made by the high quality materials, and come with 2 different tails

› See more product details

Report an issue with this product or seller

## Similar item with fast delivery

Amazon's Choice

Kaiciuss Large Delta Kite Easy to Fly with Kite Reel Set, Beach Kite & Kite Spool for Kids & Adults, Single Line Triangle Kite with 7.1 Inch Kite Wheel Kit

★★★★½ (150)

$21.99 prime

**See more from 'Wednesday'**

Shop official 'Wednesday' toys, costumes, apparel and more. Explore now

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$28.95

FREE delivery **Tuesday, September 9** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Saturday, September 6.** Join Prime

Delivering to Chicago 60614 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Besra outdoor |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

Add to List

Ask Rufus

What materials is the kite made of?

Does it come with a storage bag?

Is it easy to assemble?

Ask something else

## Frequently bought together

+

+

Total price: $76.93

Add all 3 to Cart

Document title: Amazon.com: Besra 110inch Rainbow Delta Kite 9.2ft Single Line Kite with 15m Long Tail for Kids and Adults Outdoor Fun Sports for Beach & Park…
Capture URL: https://www.amazon.com/Besra-110inch-Rainbow-windsock-Outdoor/dp/B077RDW7RH/ref=sr_1_1?…
Capture timestamp (UTC): Thu, 04 Sep 2025 16:34:32 GMT
Page 1 of 6




Total price: $76.93

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Besra Rainbow Delta Kite Single Line Kite with Long Tail for Kids and Adults Outdoo…
$28.95

HENGDA KITE Professional Outdoor Kite Line Winder Winding Reel Grip Wheel with…
$7.99

SGftre Blue Large Delta Kite for Adults, Extremely Easy to Fly for Beginners, Kites for Beach Trip…
$39.99

## Similar items in new arrivals for you

Page 1 of 4

AYQEBNC Rotable Tail Kite Spinner Kite for Kids and Adults, Foldable Easy to Fly Easy to Use Creative Lightweight Popular Rotating Tube…
$43.80
Get it **Sep 23 - 24**
$12.00 shipping

HRYUBTC Kite Soft Fun Outdoor Toys 78" Acrobatic Sport Kite Double Line Control for Beginners Adults and Teenagers Activities
$33.00
Get it **Sep 23 - 24**
$7.00 shipping

HRYUBTC Hexagonal Shape Kite Bright Color Large Size Lightweight Family Kite Flying Toy for Children Beach Yard Kids Adults Trips
$31.08
Get it **Sep 23 - 24**
$7.00 shipping

ANDRESLAD Colorful Replaceable Rainbow Kite Tail Accessory Durable Cloth Streamer for Large Kites Outdoor Flying Games for Adults
$15.69
Get it **Sep 25 - Oct 3**
FREE Shipping

HENGDA KITE Upgrade Classical Stereoscopic Dragon Kite with 6.3in Reel Winder Kites for Kids & Adults Easy to Fly for…
1
$19.99
Get it as soon as **Tuesday, Sep 9**
FREE Shipping on orders over $35 shipped by Amazon

Abaodam Replaceable Rainbow Streamer Kite Tail with Connector Colorful Long Tail for Large Kites Outdoor Games Accessory for…
$14.69
Get it **Sep 25 - Oct 3**
FREE Shipping

## Explore top deals in related categories See all deals

Page 1 of 6

Great Explorations: Colorful Stars Super Kit, Glow In The Dark Ceiling Stars. 150 Pieces in an…
438
-31% $9.00
Limited time deal
List: ~~$12.95~~
Get it as soon as **Tuesday, Sep 9**
FREE Shipping on orders over $35 shipped by Amazon
27% Claimed

CRZ YOGA Womens Butterluxe Double Lined Workout Tank Tops Scoop Neck Racerback Croppe…
702
-10% $25.20
Limited time deal
List: ~~$28.00~~
Get it as soon as **Tuesday, Sep 9**
FREE Shipping on orders over $35 shipped by Amazon

Dokotoo Womens Summer Tops 2025 Striped Color Block Short Sleeve T-Shirts Crewne…
816
-25% $14.99
Limited time deal
List: ~~$19.88~~
Get it as soon as **Tuesday, Sep 9**
FREE Shipping on orders over $35 shipped by Amazon

ANRABESS Women Long Sleeve Shirts Rib Knit Slim Fit Tops Basic Tee 2025 Fall Outfits Casua…
3,645
-30% $13.99
Limited time deal
List: ~~$19.99~~
Get it as soon as **Tuesday, Sep 9**
FREE Shipping on orders over $35 shipped by Amazon

Ekouaer Womens 3 Pack Long Sleeve Shirts Scoop Neck Tops Stretch Fitted Undershirt Lightweight…
459
-25% $29.99
Limited time deal
List: ~~$39.99~~
Get it as soon as **Tuesday, Sep 9**
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability certification

GRACE KARIN Womens V Neck Ruffle Tops 3/4 Sleeve Tops Business Casual Blouses Dressy…
34
-30% $12.87
Limited time deal
Typical: ~~$18.39~~
Get it as soon as **Tuesday, Sep 9**
FREE Shipping on orders over $35 shipped by Amazon

## Product description

     

Top About this item Similar Product information

| | 110inch Rainbow Delta Kite | 7 meters Soft Cobra Snake Kite | 98inch 3D Radar Kite | 275inch Centipede Monster Kite | Diamond Flowing Frog Kite | 16m Cobra Snake Kite |
|---|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Buying Options | Add to Cart | Add to Cart |
| Customer Reviews | 250 | 135 | 59 | 139 | 81 | 135 |
| Price | $28.95 | $15.99 | $35.50 | — | $28.99 | $15.99 |
| Color | | | | | | |
| Easy to begin | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Handle and string | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

## Product Description

Due to the difference between different monitors, the picture may not reflect the actual color of the item.
We guarantee the style is the same as shown in the pictures. Thank you!
Size for manual measurement, there may be a 1 to 2 inch error, belongs to the normal phenomenon.

## Product information

### Item details

| | |
|---|---|
| Brand Name | Besra |
| Manufacturer | tianzhang |
| Customer Reviews | 4.0 (250) 4.0 out of 5 stars |
| Best Sellers Rank | #290,453 in Toys & Games (See Top 100 in Toys & Games) #336 in Kites |
| ASIN | B077RDW7RH |
| Included Components | Instructions |
| Item Height | 0.1 centimeters |
| Warranty Description | Manufacturer warranty for 90 days from date of purchase. |

### Style

| | |
|---|---|
| Color | 110inch |
| Theme | Rainbow |

### Measurements

| | |
|---|---|
| Item Dimensions L x W | 110"L x 55"W |

### Materials & Care

| | |
|---|---|
| Material Type | Nylon |
| Frame Material Type | Plastic or Fiberglass |

### Additional details

| | |
|---|---|
| Line Weight | Medium |

**Feedback**

Would you like to **tell us about a lower price?**

## Product Videos

Michael T. Peters
Customer Review: Careless | See Full Review

Document title: Amazon.com: Besra 110inch Rainbow Delta Kite 9.2ft Single Line Kite with 15m Long Tail for Kids and Adults Outdoor Fun Sports for Beach & Park…
Capture URL: https://www.amazon.com/Besra-110inch-Rainbow-windsock-Outdoor/dp/B077RDW7RH/ref=sr_1_1?…
Capture timestamp (UTC): Thu, 04 Sep 2025 16:34:32 GMT
Page 3 of 6



Top
About this item
Similar
Product information
Careless
Michael T. Peters
Now playing
0:28
Besra 110inch Rainbow Delta Kite
Besra outdoor
0:29
Customer Review: LOVE IT!
Sonia
0:09
Customer Review: Excellent Flyer!
Rick Jennings
0:29
Customer Review: Fun to fly
KC
0:15
-0:00

## Similar brands on Amazon

Sponsored

Page 1 of 3

HONBO Large Delta Kite for Kids & Adults,Extremely Easy to Fly Kite for…
4.6 2,770
$17.80

Bestway Xtreme Air 10FT 12FT 15FT Outdoor Trampoline for Kids and Adul…
4.8 94
$249.00

## Customers who bought this item also bought

Page 1 of 7

HENGDA KITE Professional Outdoor Kite Line Winder Winding Reel Grip Wheel with Flying…
1,593
#1 Best Seller
-20% $7.99
List: $9.99
Get it as soon as **Tuesday, Sep 9**
FREE Shipping on orders over $35 shipped by Amazon

Simxkai Kite String Reel, String Spool, Line Winder, Come with Lock
936
-25% $14.99
List: $19.99
Get it as soon as **Tuesday, Sep 9**
FREE Shipping on orders over $35 shipped by Amazon

Kaiciuss Delta Kite for Kids & Adults - Easy to Fly Large Single Line Beach Kite with 300ft String Handle Included,…
935
-5% $37.99
List: $39.99
Get it as soon as **Tuesday, Sep 9**
FREE Shipping by Amazon

SGftre Blue Large Delta Kite for Adults, Extremely Easy to Fly for Beginners, Kites for Beach Trip Park Family…
129
$39.99
Get it as soon as **Tuesday, Sep 9**
FREE Shipping by Amazon

Beach Kites for Adults Large with Long Tail, 98 inches Super Easy Flyer 3D Rainbow Box Kites, Comes with Two 49 Fee…
720
$39.99
Get it as soon as **Tuesday, Sep 9**
FREE Shipping by Amazon
Only 2 left in stock - order…

TianYueFly Huge 3D Adult Gliders Kite, 120" in Giant Single Line Kites with Two 17ft 3D Tails, Large Beach Kite for…
38
$39.99
Get it as soon as **Tuesday, Sep 9**
FREE Shipping by Amazon

Document title: Amazon.com: Besra 110inch Rainbow Delta Kite 9.2ft Single Line Kite with 15m Long Tail for Kids and Adults Outdoor Fun Sports for Beach & Park…
Capture URL: https://www.amazon.com/Besra-110inch-Rainbow-windsock-Outdoor/dp/B077RDW7RH/ref=sr_1_1?…
Capture timestamp (UTC): Thu, 04 Sep 2025 16:34:32 GMT
Page 4 of 6

Top About this item Similar Product information

HENGDA KITE Professional Outdoor Kite Line Winder Winding Reel Grip Wheel with Flying…
1,593
#1 Best Seller
-20% $7.99
List: $9.99
Get it as soon as Tuesday, Sep 9
FREE Shipping on orders over $35 shipped by Amazon

Simxkai Kite String Reel, String Spool, Line Winder, Come with Lock
936
-25% $14.99
List: $19.99
Get it as soon as Tuesday, Sep 9
FREE Shipping on orders over $35 shipped by Amazon

Kaiciuss Delta Kite for Kids & Adults - Easy to Fly Large Single Line Beach Kite with 300ft String Handle Included,…
935
-5% $37.99
List: $39.99
Get it as soon as Tuesday, Sep 9
FREE Shipping by Amazon

SGftre Blue Large Delta Kite for Adults, Extremely Easy to Fly for Beginners，Kites for Beach Trip Park Family…
129
$39.99
Get it as soon as Tuesday, Sep 9
FREE Shipping by Amazon

Beach Kites for Adults Large with Long Tail, 98 inches Super Easy Flyer 3D Rainbow Box Kites, Comes with Two 49 Fee…
720
$39.99
Get it as soon as Tuesday, Sep 9
FREE Shipping by Amazon
Only 2 left in stock - order…

TianYueFly Huge 3D Adult Gliders Kite, 120" in Giant Single Line Kites with Two 17ft 3D Tails, Large Beach Kite for…
38
$39.99
Get it as soon as Tuesday, Sep 9
FREE Shipping by Amazon

## Customers who viewed items in your browsing history also viewed

SGftre Blue Large Delta Kite for Adults, Extremely Easy to Fly for Beginners，Kites for Beach Trip Park Family…
129
$39.99
Get it as soon as Tuesday, Sep 9
FREE Shipping by Amazon

Kaiciuss Delta Kite for Kids & Adults - Easy to Fly Large Single Line Beach Kite with 300ft String Handle Included,…
935
-5% $37.99
List: $39.99
Get it as soon as Tuesday, Sep 9
FREE Shipping by Amazon

Beach Kites for Adults Large with Long Tail, 98 inches Super Easy Flyer 3D Rainbow Box Kites, Comes with Two 49 Fee…
720
$39.99
Get it as soon as Tuesday, Sep 9
FREE Shipping by Amazon
Only 2 left in stock - order…

Flying Hoofer Gaint Kite for Adults Easy to Fly, 9ft Huge Delta Kite Come with 98ft Tail
190
$39.99
Get it as soon as Tuesday, Sep 9
FREE Shipping by Amazon

SGftre Large Delta Kite for Kids & Adults，Large Easy Flyer with String and Handle，Kites for Beach Trip Park Family Outdo…
261
$16.99
Get it as soon as Tuesday, Sep 9
FREE Shipping on orders over $35 shipped by Amazon

Mint's Colorful Life 60" Delta Kite With 7.1in Reel Winder, Easy Flying & String Spool for Kids & Adults, Best Beach Set for Beginners
151
$19.99-$21.99

## Best Sellers in Leisure Sports & Games Equipment

Franklin Sports X-40 Outdoor Pickleballs - Official Ball of USA Pickleball, APP Tour + …
23,427
#1 Best Seller
-18% $24.60
($2.05/count)
List: $29.99
Get it as soon as Tuesday, Sep 9
FREE Shipping on orders over $35 shipped by Amazon

Pickleball Paddles, USAPA Approved Fiberglass Surface Pickleball Set with Pickleball Rackets, Pickleball Paddles Set f…
4,727
-30% $34.99
List: $49.99
Get it as soon as Tuesday, Sep 9
FREE Shipping on orders over $35 shipped by Amazon

TOSY Flying Ring - 16 Million Color RGB or 12 LEDs, Super Bright, Los…
9,058
#1 Best Seller
-36% $15.98
Limited time deal
List: $24.99
Get it as soon as Tuesday, Sep 9
FREE Shipping on orders over $35 shipped by Amazon

GoSports Classic Cornhole Bean Bags Set of 4-16 Colors Available - Regulation All Weather,…
415
#1 Best Seller
$11.99
Get it as soon as Tuesday, Sep 9
FREE Shipping on orders over $35 shipped by Amazon

Flybar My First Foam Pogo Jumper for Kids Fun and Safe Pogo Stick for Toddlers, Durable Foam…
51,921
#1 Best Seller
-13% $12.99
List: $14.99
Get it as soon as Tuesday, Sep 9
FREE Shipping on orders over $35 shipped by Amazon

Soothfeel Women's UPF 50+ Sun Protection Hoodie Jacket Lightweight Long Sleev…
4,859
#1 Best Seller
$29.99
Get it as soon as Tuesday, Sep 9
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History View or edit your browsing history

Top About this item Similar Product information

## Your Browsing History

View or edit your browsing history

Page 1 of 2

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English

United States

**Amazon Music** Stream millions of songs
**Amazon Ads** Reach customers wherever they spend their time
**6pm** Score deals on fashion brands
**AbeBooks** Books, art & collectibles
**ACX** Audiobook Publishing Made Easy
**Sell on Amazon** Start a Selling Account
**Veeqo** Shipping Software Inventory Management
**Amazon Business** Everything For Your Business
**Amazon Fresh** Groceries & More Right To Your Door
**AmazonGlobal** Ship Orders Internationally
**Home Services** Experienced Pros Happiness Guarantee
**Amazon Web Services** Scalable Cloud Computing Services
**Audible** Listen to Books & Original Audio Performances
**Box Office Mojo** Find Movie Box Office Data
**Goodreads** Book reviews & recommendations
**IMDb** Movies, TV & Celebrities
**IMDbPro** Get Info Entertainment Professionals Need
**Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy
**Amazon Photos** Unlimited Photo Storage Free With Prime
**Prime Video Direct** Video Distribution Made Easy
**Shopbop** Designer Fashion Brands
**Amazon Resale** Great Deals on Quality Used Products
**Whole Foods Market** America's Healthiest Grocery Store
**Woot!** Deals and Shenanigans
**Zappos** Shoes & Clothing
**Ring** Smart Home Security Systems
**eero WiFi** Stream 4K Video in Every Room
**Blink** Smart Security for Every Home
**Neighbors App** Real-Time Crime & Safety Alerts
**Amazon Subscription Boxes** Top subscription boxes – right to your door
**PillPack** Pharmacy Simplified
**Amazon Renewed** Like-new products you can trust
**Amazon Luna** Video games from the cloud, no console required

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: Besra 110inch Rainbow Delta Kite 9.2ft Single Line Kite with 15m Long Tail for Kids and Adults Outdoor Fun Sports for Beach & Park…
Capture URL: https://www.amazon.com/Besra-110inch-Rainbow-windsock-Outdoor/dp/B077RDW7RH/ref=sr_1_1?…
Capture timestamp (UTC): Thu, 04 Sep 2025 16:34:32 GMT
Page 6 of 6