# **EXHIBIT 5**

PageVault

| | |
|---|---|
| Document title: | Amazon.com: Customer reviews: Besra 110inch Rainbow Delta Kite 9.2ft Single Line Kite with 15m Long Tail for Kids and Adults Outdoor Fun Sports for Beach &amp; Park |
| Capture URL: | https://www.amazon.com/product-reviews/B077RDW7RH/ref=cm_cr_arp_d_viewopt_mdrvw?ie=UTF8&reviewerType=all_reviews&mediaType=media_reviews_only&pageNumber=1 |
| Page loaded at (UTC): | Wed, 03 Sep 2025 21:18:25 GMT |
| Capture timestamp (UTC): | Wed, 03 Sep 2025 21:19:00 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | vmAwZo1k9p3HEdvWWtJkMh |
| Display Name: | cdepreter |

PDF REFERENCE #: p2hX5ZYf242WZcjqmFW2ku





I ordered this baby for the anual kite festival in Austin Texas and got so many comments on it. Glides super smooth and it's easy to assemble. Love-Love-Loved it.



2 people found this helpful

Helpful | Report

 LuisGer.

★★★☆☆ **Varillas defectuosas**

Reviewed in the United States on August 20, 2024

Color: 110inch | Verified Purchase

La cometa es bonita pero las varillas de fibra de vidrio no son de buena calidad, se rompió una cuando estaba en el aire.



Helpful | Report

Translate review to English

 Kelly Davis

★★★★☆ **Good value for large colorful Delta**

Reviewed in the United States on May 30, 2021

Color: 110inch | Verified Purchase

This is a wonderful delta kite for the price. I fly with 90lb line and a 15m yellow and black tail to match the center colors as I didn't care for the rainbow tail that came with it. The cross and spine spars are not the best but can be replaced with better ones if they break ( cross spar 7mm x 114cm, spin spar 7mm x 145cm total length). Overall I am satisfied for the cost.



6 people found this helpful

Helpful | Report

 KC

★★★★☆ **Fun to fly**

Reviewed in the United States on July 15, 2021

Color: 110inch | Verified Purchase

Needs more line more than anything else. 14 yr old son absolutely loves it. He didn't add the million foot long tail on it till we get more line.





2 people found this helpful

Helpful | Report

Josh

★☆☆☆☆ **Broke after only 2nd time flying...5**
Reviewed in the United States on October 31, 2022
Color: 110inch | Verified Purchase

Woooow so disappointed... literally flew it for the second time and the horizontal cross bar snapped right where it joints into the kite... not that sturdy ill say. It seemed fine at first then the next time it was already fraying in the middle
Of the kite. I have no idea who said this was for kids because it's absolutely not for kids! This kite reminds me of pulling a giant swordfish it's absolutely ridiculous how much Force this kite produces. I used a semi professional kite reel and I was afraid it was going to break it. I had to reinforce my kite reel so that wouldn't break! Overall this kite has been a huge headache still can't find replacement cross Beam sticks they're made out of fiberglass it must be fiberglass you cannot replace it with anything else the weight MUST be distributed equally for it to fly properly. At this point this kite is a giant paperweight as it is unless I return it or find replacement part... #RETURNED



5 people found this helpful

Helpful | Report

Reina Bonocore

★★★★★ **BEST KITE EVER**
Reviewed in the United States on July 3, 2020
Color: 110inch | Verified Purchase

AMAZING. This kit does exactly what they say. It flys in very light wind and very strong winds. No dive bombs, no out of control crash dives. The kite goes up and flys GREAT. I had it up over 1800 feet, I sat in my beach chair and never left. Reeled the kite in sitting down. Don't bother looking for another kite.....
.JUST BUY IT. YOU WILL NOT BE DISS APOINTED.



4 people found this helpful

Helpful | Report

Skeeter

★★★★★ **Worth every penny.**
Reviewed in the United States on June 22, 2020
Color: 110inch | Verified Purchase

I've been flying kites for 30 years. Foils, stunt kites, quad line power kites and single line kites. This Besra floats effortlessly in light wind. I wasn't disappointed. Don't expect perfect stitching. What counts is it's balance and lift abilities.



6 people found this helpful

Helpful | Report



6 people found this helpful

Helpful | Report

 DLN

★★★★★ it's big, it's fun

Reviewed in the United States on May 9, 2022

Color: 100inch Multicolor | Verified Purchase

lifts off in slight breeze, but wants to dive with changes in wind. best is a steady wind. bought for use with kite aerial photography.



One person found this helpful

Helpful | Report

 Claudia

★★★★★ LOVE IT!

Reviewed in the United States on July 17, 2018

Color: 110inch | Verified Purchase

Easy to assemble. Easy to control. My 6 year old nephew had no trouble keeping it up in the air. LOVE the bright colors! Got so many compliments on it.



7 people found this helpful

Helpful | Report

‹ Previous page    Next page ›

‹ See all details for Besra 110inch Rainbow Delta Kite 9.2ft Single Line Kite with 15m Long...

Back to top

### Get to Know Us
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

### Amazon Payment Products
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

### Let Us Help You
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

Document title: Amazon.com: Customer reviews: Besra 110inch Rainbow Delta Kite 9.2ft Single Line Kite with 15m Long Tail for Kids and Adults Outdoor Fun Sports for…
Capture URL: https://www.amazon.com/product-reviews/B077RDW7RH/ref=cm_cr_arp_d_viewopt_mdrvw?…
Capture timestamp (UTC): Wed, 03 Sep 2025 21:19:00 GMT
Page 4 of 5

