# **EXHIBIT 6**

(19) 中华人民共和国国家知识产权局



(12) 外观设计专利



(10) 授权公告号 CN 302607041 S
(45) 授权公告日 2013.10.16

(21) 申请号 201330236339.8

(22) 申请日 2013.06.07

(73) 专利权人 潍城区西关基林风筝厂
地址 261000 山东省潍坊市潍城区东风西街 739 号 10 号仓库

(72) 设计人 赵全发

(74) 专利代理机构 北京联瑞联丰知识产权代理事务所（普通合伙）11411
代理人 郑自群

(51) LOC(9)Cl.
21-01

图片或照片 5 幅　简要说明 1 页

(54) 使用外观设计的产品名称
风筝



立体图

CN 302607041 S

CN 302607041 S  　　外观设计图片或照片　　1/1 页

2



主视图　　　　　　　　　　　　右视图



后视图　　　　　　　　　　　　立体图



左视图

2

CN 302607041 S  简 要 说 明  1/1 页

1．本外观设计产品的名称:风筝。
2．本外观设计产品的用途:本外观设计产品用于作为玩具或者装饰品。
3．本外观设计产品的设计要点:风筝的形状和图案。
4．最能表明本外观设计设计要点的图片或照片:立体图。
5．省略视图:本外观设计产品的俯视图和仰视图无设计要点,故省略。