# **EXHIBIT 7**

(19)  (12) 

(10) CN 304572766 S
(45) 2018.04.06

(21) 201730414818.2
(22) 2017.09.04
(73)
　　　261000

　　　　　　252

(72)
(51) LOC(11) Cl.
　　21-01

4　　　1

(54)



CN 304572766 S

 

 

2

1
2
3
4
5

6

3