UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Juncheng Kao, <br><br>      Plaintiff, <br><br>v. <br><br>Weifang Hengda Kite Manufacturing Co., Ltd. (d.b.a. Hengda Kite) <br><br>      Defendant. | Civil Action No.: 1:25-cv-8491 <br><br> **Honorable Jorge L. Alonso** |

## DECLARATION OF JUNCHENG KAO

I, Juncheng Kao, declare as follows:

1. I am of the Plaintiff in this case. The facts stated in this declaration are within my personal knowledge and if called upon to testify, I could and would testify competently to each.

2. I have examined kites sold by Defendants at their Amazon store against the images Defendants shown in Exhibit 2 attached to their motion to dismiss.

3. The kite shown in Exhibit 2 is not the same as the kite to which my complaint for design paten infringement is directed.

4. In fact, the kite shown in Exhibit 2 has a much more curved horizontal support than the Hengda Kite my complaint accused of patent infringement.

5. A side-by-side comparison of these two different kites is shown below.

1



I declare, under the laws of the United States, that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment.

Date: February 19, 2026

*Juncheng Kao*
Juncheng Kao