# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Juncheng Kao

        Plaintiff,

v.

                                          Case No.: 1:25–cv–08491

Hengda Kite, et al.

                                          Honorable Jorge L. Alonso

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: After Defendant Orange Cloud Kite moved [29] to dismiss, Plaintiff filed a first amended complaint [42] terminating Defendant Orange Cloud Kite. The Court confirms that Defendant Orange Cloud Kite is dismissed with prejudice. The Court now addresses the pending motion [45] to dismiss filed by Defendant Hengda Kite. By 5/8/26, Plaintiff shall file a sur–reply that sets forth the following: (1) Plaintiff shall specifically identify the novel, ornamental features of the '279 Patent by reference to specific figures in the '279 Patent, see OddzOn Prods., Inc. v. Just Toys, Inc., 122 F.3d 1396, 1405 (Fed. Cir. 1997) ("A design patent only protects the novel, ornamental features of the patented design."); (2) Plaintiff shall specifically identify whether and where the Accused Product infringes these novel, ornamental features; (3) Plaintiff shall address Defendant's argument that the Accused Product fails to include any of the designs shown in Figures 8, 9, 12, 14, 15, 16, 17 and 18 of the '279 Patent; (4) Plaintiff shall state whether, when Plaintiff applied for the 279 Patent, Plaintiff understood that the Besra Kite identified at [46], page 3, was prior art. Defendant Hengda Kite may respond to the sur–reply by 5/15/26.Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.