UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

Juncheng Kao,

        Plaintiff,

    v.

Weifang Hengda Kite Manufacturing Co., Ltd.
(d.b.a. Hengda Kite)

        Defendant.

Civil Action No.: 1:25-cv-08491

**Honorable Jorge L. Alonso**

## MOTION TO EXTEND TIME TO FILE SUR-REPLY

Plaintiff Juncheng Kao respectfully moves to extend time to file a sur-reply, as

ordered by Dkt. 50.  In support of this motion, Plaintiff states the following:

1.  On April 27, 2026, the Court order Plaintiff to file a sur-reply by May 8, 2026,

    and Defendant Hengda Kite to optionally file its sur-reply by May 15 2026.

    Dkt. 50.

2.  The May 8, 2026 order required Plaintiff to address the following issues:

        (1) Plaintiff shall specifically identify the novel, ornamental

    features of the '279 Patent by reference to specific figures in the '279

    Patent, see OddzOn Prods., Inc. v. Just Toys, Inc., 122 F.3d 1396, 1405

    (Fed. Cir. 1997) ("A design patent only protects the novel,

    ornamental features of the patented design.");

        (2) Plaintiff shall specifically identify whether and where the

1

Accused Product infringes these novel, ornamental features;

(3) Plaintiff shall address Defendant's argument that the Accused Product fails to include any of the designs shown in Figures 8, 9, 12, 14, 15, 16, 17 and 18 of the '279 Patent;

(4) Plaintiff shall state whether, when Plaintiff applied for the 279 Patent, Plaintiff understood that the Besra Kite identified at [46], page 3, was prior art.

3. On May 1, 2026, a technical expert hired by Plaintiff began an essential business travel and his return date has been delaying.

4. The technical expert is essential to Plaintiff's sur-reply, because the technical expert has assisted Plaintiff to analyze the accused product at issue and the allged prior art.

5. Thus, Plaintiff respectfully request a one-week extension until May 15, 2026 file a sur-reply, and Defendant Hengda Kite have until May 22 2026 to file its optional sur-reply.

6. This is the first time for Plaintiff seeking to extend time to file a sur-reply.

///

///

///

///

2

Date: May 8, 2026

Respectfully submitted,

_____/s/_____

Zheng "Andy" Liu
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Telephone: 650.475-6289
Email: andy.liu@aptumlaw.us

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which in turn sent notice to all counsel of record.

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu