# EXHIBIT A

## M. "Chip" De Preter

| | |
|---|---|
| **From:** | Liu, Zheng <bjliuzheng@gmail.com> |
| **Sent:** | Wednesday, June 3, 2026 4:57 PM |
| **To:** | M. "Chip" De Preter |
| **Subject:** | Re: Kao v. Hengda Kite et al |

you need to pay attention.

Plaintiff has the right to write his position in the "plaintiff's statement" section.

Your approval is not required.

On Wed, Jun 3, 2026 at 2:54 PM M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

Are you withdrawing the filing and telling the Court you did not have our approval or not?

It's a joint filing, if you did not agree with anything we provided, you should have provided a redline to us.

**M. "Chip" De Preter**
cdepreter@agdglaw.com



*Celebrating Diversity, Embracing Equality during Pride month*

Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

 

**From:** Liu, Zheng <bjliuzheng@gmail.com>
**Sent:** Wednesday, June 3, 2026 4:52 PM
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>

1

**Cc:** Andy.Liu@AptumLaw.us; 4662851420@filings.docketbird.com; bjliuzheng@recap.email; hkoscarlam@gmail.com
**Subject:** Re: Kao v. Hengda Kite et al

Your approval is not need for plaintiff's statement. Otherwise no report can never get filed.

The way to disagree with my statement is to state your own position, which you did.

According to you, you cannot file any statement because I disagree with most of what you said.

Sent from Gmail Mobile

On Wed, Jun 3, 2026 at 14:48 M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

I'm referring to everything you changed. We did not approve what was filed as is evident by the lack of any signature by me on the document you filed.

**M. "Chip" De Preter**
cdepreter@agdglaw.com



*Celebrating Diversity, Embracing Equality during Pride month*

Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.





**From:** Liu, Zheng <bjliuzheng@gmail.com>
**Sent:** Wednesday, June 3, 2026 4:46 PM
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Cc:** Andy.Liu@AptumLaw.us; 4662851420@filings.docketbird.com; bjliuzheng@recap.email; hkoscarlam@gmail.com
**Subject:** Re: Kao v. Hengda Kite et al

Which portion you referring to?

Sent from Gmail Mobile

On Wed, Jun 3, 2026 at 14:44 M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

Counsel,

You modified the joint status report—specifically input provided by defendant—and filed without our permission and without providing us with the opportunity to review. We demand that you IMMEDIATELY inform the Court that we did not agree to the report as filed, and retract the report. If we do not see such a filing within 30 Minutes, we will file our own motion to correct the record.

**M. "Chip" De Preter**
cdepreter@agdglaw.com



*Celebrating Diversity, Embracing Equality during Pride month*

Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

 

**From:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Sent:** Wednesday, June 3, 2026 2:00 PM
**To:** Liu, Zheng <bjliuzheng@gmail.com>
**Cc:** Andy.Liu@AptumLaw.us; 4662851420@filings.docketbird.com; bjliuzheng@recap.email; hkoscarlam@gmail.com
**Subject:** RE: Kao v. Hengda Kite et al

Defendant's redlines are attached.

**M. "Chip" De Preter**
cdepreter@agdglaw.com



*Celebrating Diversity, Embracing Equality during Pride month*

Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

 

**From:** Liu, Zheng <bjliuzheng@gmail.com>
**Sent:** Wednesday, June 3, 2026 12:52 PM
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Cc:** Andy.Liu@AptumLaw.us; 4662851420@filings.docketbird.com; bjliuzheng@recap.email; hkoscarlam@gmail.com
**Subject:** Re: Kao v. Hengda Kite et al

Please see attached.

On Wed, Jun 3, 2026 at 8:20 AM Liu, Zheng <bjliuzheng@gmail.com> wrote:

We will forward a draft when we have one, today.

Your arbitrary deadline will be disregarded.

Sent from Gmail Mobile

On Wed, Jun 3, 2026 at 08:17 M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

**<u>Absolutely not.</u>**

As I said, provide a draft of the status report. If we have input, we will provide it. If we do not, then we will inform you that we have not changes and the report can be filed.

**M. "Chip" De Preter**
cdepreter@agdglaw.com



*Celebrating Diversity, Embracing Equality during Pride month*

Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

 

**From:** Liu, Zheng <bjliuzheng@gmail.com>
**Sent:** Wednesday, June 3, 2026 10:15 AM
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Cc:** Andy.Liu@AptumLaw.us; 4662851420@filings.docketbird.com; bjliuzheng@recap.email; hkoscarlam@gmail.com
**Subject:** Re: Kao v. Hengda Kite et al

If you have no position, can we file wisher your input?

5

Sent from Gmail Mobile

On Wed, Jun 3, 2026 at 07:59 M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

Counsel, you are the plaintiff in this case and responsible for advancing it. The Court ordered this last week, and we have been surprised that you have not provided anything or even reached out. You have created the need to reach out at this time.

We have no current position. Provide the draft, and if we have anything to add, we will add it.

**M. "Chip" De Preter**
cdepreter@agdglaw.com



*Celebrating Diversity, Embracing Equality during Pride month*

Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO   MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

 

**From:** Liu, Zheng <bjliuzheng@gmail.com>
**Sent:** Wednesday, June 3, 2026 9:54 AM
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Cc:** Andy.Liu@AptumLaw.us; 4662851420@filings.docketbird.com; bjliuzheng@recap.email; hkoscarlam@gmail.com
**Subject:** Re: Kao v. Hengda Kite et al

you are the defendant, please provide your portions.

Next time, do not insist on last minute things from us. Send your portions asap, but no later than your own deadline.

On Wed, Jun 3, 2026 at 7:52 AM M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

You are the plaintiff. Please provide your draft.

**M. "Chip" De Preter**
cdepreter@agdglaw.com



*Celebrating Diversity, Embracing Equality during Pride month*

Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO** **MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

 

**From:** Liu, Zheng <bjliuzheng@gmail.com>
**Sent:** Wednesday, June 3, 2026 9:02 AM
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Cc:** Andy.Liu@AptumLaw.us; 4662851420@filings.docketbird.com; bjliuzheng@recap.email; hkoscarlam@gmail.com
**Subject:** Re: Kao v. Hengda Kite et al

Can you provide your draft first

Sent from Gmail Mobile

7

On Wed, Jun 3, 2026 at 06:56 M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

Please provide the draft. If we have anything to add, we will add it.

**M. "Chip" De Preter**
cdepreter@agdglaw.com