## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Juncheng Kao

                Plaintiff,

v.

Hengda Kite, et al.

                Defendant.

Case No.: 1:25–cv–08491
Honorable Jorge L. Alonso

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 5, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso:Plaintiff filed a "joint status report" at [56]. Defendant moves [57] to correct the record. Defendant's motion [57] is granted, and the Court identifies the following issues with Plaintiff's filing. First, Plaintiff's counsel failed to sign the document. Going forward, the Court will reject any filings by Plaintiff's counsel that Plaintiff's counsel fails to sign. Second, as evidenced by the email exchange at [57]–1, Plaintiff's counsel was belligerent when coordinating with Defendant's counsel regarding the preparation of the joint status report and, as a result, Plaintiff's counsel ultimately submitted a "joint status report" which had not been formally agreed to or signed by Defendant. The Court sanctions Plaintiff's counsel as follows: Plaintiff's counsel is required to pay Defendant's attorneys' fees related to the preparation of [56] and [57]. The Court orders the parties to meet and confer to agree to the amount of attorney's fees. The amount of fees should be easy to determine and straightforward as it relates to two discrete issues. The parties shall submit a joint status report by 6/10/26 updating the Court on the resolution of this issue. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.