## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

JUNCHENG KAO,

        Plaintiff,

    v.

HENGDA KITE,

        Defendant.

Case No. 1:25-cv-08491

Judge: Hon. Jorge L. Alonso

Magistrate Judge: Jeffrey T. Gilbert

## JOINT STATUS REPORT

The parties report that the issue identified in Dkt. 59 has been resolved.

DATED: June 3, 2026

By:       /s/

Zheng Liu
andy.liu@aptumlaw.us
Aptum Law
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
650-475-6289
*Attorneys for Plaintiff Juncheng Kao*

1

DATED: June 5, 2026 **ARONBERG GOLDGEHN**

By:   */s/ Matthew De Preter*

Matthew L. De Preter
cdepreter@agdglaw.com
225 W. Washington Street
Suite 2800
Chicago, IL 60606
312-755-3153

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: June 5, 2026

_____/s/_____

Zheng Liu

## ATTESTATION OF SIGNATURE

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 5, 2026

_____/s/_____

Zheng Liu