**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Juncheng Kao

          Plaintiff,

v.

                                            Case No.: 1:25–cv–08491

                                            Honorable Jorge L. Alonso

Hengda Kite, et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: Per the status report [56], Defendant's answer was due on 6/9/26. Defendant has not yet filed its answer. Defendant shall file its answer by 6/15/26. The Court has reviewed the joint status report [60] in which the parties inform the Court that they have resolved the issues identified at [59]. The Court notes that Plaintiff's counsel still failed to sign the joint status report. Going forward, Plaintiff's counsel shall sign all filings submitted before the Court. The case is REFERRED to the Magistrate Judge for supervision of discovery and, as applicable, settlement discussions. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.