**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Juncheng Kao

               Plaintiff,

v.                                    Case No.: 1:25–cv–08491

                                    Honorable Jorge L. Alonso

Hengda Kite, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 12, 2026:

      MINUTE entry before the Honorable Karyn L Bass Ehler. This case has been referred to Magistrate Judge Bass Ehler for discovery supervision and settlement. The Court reviewed the status report filed on 6/3/26 [56], which includes a case management schedule proposed by Plaintiff only. Although styled as a "joint status report," this filing was not formally agreed to or signed by Defendant's counsel [59]. The Court orders the parties to meet and confer in person or by video conference (telephone or email correspondence is not sufficient) in compliance with Federal Rule of Civil Procedure 26(f) and to submit an updated status report by 6/18/26 using the form provided in Appendix A of the Court's Local Patent Rules. That report also shall include a proposed case management schedule that identifies specific calendar dates in compliance the Local Patent Rules. In addition, the Court notes that Plaintiff has requested a settlement conference, but Defendant indicates the parties have not yet had any communications regarding settlement [56]. The Court also orders the parties to meet and confer about whether settlement is a realistic possibility, and the parties shall provide an update on their respective position regarding any potential settlement conference. If a settlement conference is premature, the parties shall identify what must occur before they realistically can evaluate the possibility of settlement. In−person status hearing is set for 6/25/26 at 10:45 a.m. in Courtroom 1386. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.