IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUNCHENG KAO,

                Plaintiff,

v.

HENGDA KITE,

                Defendant.

Case No. 1:25-cv-8491

Judge: Hon. Jorge L. Alonso

**MOTION TO CONTINUE IN PERSON STATUS CONFERENCE**

Plaintiff Juncheng Kao respectfully requests that the Court for an Order continuing the in-person status hearing scheduled on June 25, 2026 at 10:45 a.m. in Courtroom 1386 before the Honorable Magistrate Judge Karyn L. Bass Ehler [Dkt. 63], to July 9, 2026 at 10:45 a.m. or another time or day convenient to the Court and parties.

Mr. Andy Liu, lead counsel for Plaintiff, is on a work trip in Beijing, China and is unable to attend the Court-ordered in-person status hearing. Mr. Liu's anticipated date of return to the United States is July 4, 2026. Mr. Liu will be available to appear in-person before this Court any time on or after July 9, 2026.

This is the first time for Plaintiff seeking to continue an in-person status hearing. Plaintiff and the undersigned apologize to the Court and the parties for the

1

inconvenience caused.

Plaintiff has made a settlement offer to Defendant's counsel per Dkt. 63 and is currently awaiting Defendant's response.

WHEREFORE, Plaintiff respectfully requests an order for an Order continuing the in-person status hearing to July 9, 2026 at 10:45 a.m. or another time or day convenient to the Court and parties.

Date: June 16, 2026                                    Respectfully submitted,


_____/s/_____
Zheng "Andy" Liu (CA # 279327)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

/s/ *Zheng "Andy" Liu*
Zheng "Andy" Liu
Tel.: (650) 475-6289

3