**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Juncheng Kao v. Hengda Kite     Case Number: 25-cv-08491

An appearance is hereby filed by the undersigned as attorney for:
Defendant . Weifang Hengda Kite Manufacturing Co., Ltd. (d.b.a Hengda Kite)

Attorney name (type or print):  Constantine Koutsoubas

Firm:    Aronberg Goldgehn Davis & Garmisa

Street address:    225 West Washington Street - Suite 2800

City/State/Zip:    Chicago, IL 60606

Bar ID Number:  6293158                    Telephone Number:    312-828-9600
(See item 3  in instructions)

Email Address: dkoutsoubas@agdglaw.com

Are you acting as lead counsel in this case?              ☒ Yes    ☐ No

Are you a member of the court's general bar?              ☒ Yes    ☐ No

Are you a member of the court's trial bar?                ☒ Yes    ☐ No

Are you appearing *pro hac vice*?                         ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?   ☒ Yes    ☐ No

If this is a criminal case, check your status.    ☐    Retained Counsel

                                                  ☐    Appointed Counsel
                                                       If appointed counsel, are you a

                                                       ☐ Federal Defender

                                                       ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 17, 2026

Attorney signature:    S/ Constantine Koutsoubas _____
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023