# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Juncheng Kao

          Plaintiff,

v.

              Case No.: 1:25−cv−08491
              Honorable Jorge L. Alonso

Hengda Kite, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 18, 2026:

      MINUTE entry before the Honorable Karyn L Bass Ehler. Plaintiff's Motion to Continue In Person Status Conference [64] is granted. At the request of Plaintiff's counsel, the in−person status hearing set for 6/25/26 is stricken and reset to 7/9/26 at 10:15 a.m. in Courtroom 1386. The previously set date for the parties to file an updated status report by 6/18/26 shall stand. The parties are reminded that they should meet and confer on motions filed so that they can state if a motion is agreed to or opposed by the non−moving party. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.