**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Juncheng Kao

          Plaintiff,

v.

Hengda Kite, et al.

          Defendant.

Case No.: 1:25–cv–08491
Honorable Jorge L. Alonso

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 2, 2026:

      MINUTE entry before the Honorable Karyn L Bass Ehler. The Court has reviewed the Report of the Parties Planning Meeting pursuant to Federal Rule of Civil Procedure 26(f) [68]. Although the Court previously ordered the parties to include a proposed case management schedule with specific calendar dates in compliance the Local Patent Rules in the Rule 26(f) Report [63], the parties did not do so; however, the parties state they agree the requirements of the Local Patent Rules apply to this case and propose completing Rule 26(a)(1) Initial Disclosures by 7/17/26 [68]. The Court further notes that although the parties proposed 2/17/27 as the last date for the parties to serve interrogatories or requests for admissions, the Court has adjusted that date because the close of fact discovery will be 3/8/27 under the schedule contemplated by the Local Patent Rules. Accordingly, the Court enters the following case management schedule based on the Local Patent Rules: Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) by 7/17/26; Initial Infringement Contentions (LPR 2.2) by 8/1/26; Initial Non–Infringement, Invalidity, and Unenforceability Contentions (LPR 2.3) by 8/15/26; Initial Response To Invalidity Contentions (LPR 2.5) by 8/29/26; Reduction of Patent Claims (LPR 3.1) by 12/14/26; Final Infringement, Unenforceability, and Invalidity Contentions (LPR 3.1) by 12/28/26; parties to amend pleadings or join parties by 1/1/27; Last Date to Serve Interrogatories and Requests for Admissions by 1/19/27; Final Non–infringement, Enforceability and Validity Contentions (LPR 3.2) by 1/25/27; Exchange of Claim Terms Needing Construction and Proposed Construction (LPR 4.1) by 2/8/27; Close of Fact Discovery (LPR 1.3) by 3/8/27; Opening Claim Construction Brief (LPR 4.2(a)) by 3/15/27; Responsive Claim Construction Brief (LPR 4.2(c)) by 4/12/27; Reply Claim Construction Brief (LPR 4.2(d)) by 4/26/27; Joint Claim Construction Chart (LPR 4.2(f)) by 5/3/27; Claim Construction Hearing and Ruling (LPR 4.3) To Be Determined by the Court; Disclosure of Reliance on Opinions of Counsel (LPR 3.6) 7 days after Claim Construction Ruling; Close of Opinions of Counsel Discovery (LPR 3.6) 42 days after Claim Construction Ruling; Expert Reports of Parties with Burden of Proof (LPR 5.1(b)) 28 days after Claim Construction Ruling (or Opinions of Counsel discovery, if later); Rebuttal Expert Reports (LPR 5.1) 28 days after initial expert reports; Completion of Expert Witness Depositions (LPR 5.2) 28 days after rebuttal expert reports; Final Day for Filing Dispositive Motions (LPR 6.1) 28 days after close of expert discovery. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.