**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Juncheng Kao
     Plaintiff,

v.
              Case No.: 1:25–cv–08491
              Honorable Jorge L. Alonso

Hengda Kite, et al.
     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 9, 2026:

  MINUTE entry before the Honorable Karyn L Bass Ehler. In–person status hearing held 7/9/26. The parties updated the Court on the status of the case. The Court inquired whether the parties are interested in a settlement conference, but there is not agreement with all parties to discuss settlement at this time. The parties shall file a joint status report by 9/4/26 updating the Court on their progress with discovery and confirming compliance with the discovery schedule. A telephone status hearing is set for 9/17/26 at 10:30 a.m. The call–in number is 650–479–3207 and the access code is 2317 061 5796#. Press # to bypass the Attendee ID number and security code. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line and must have the telephone muted until the case is called. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.