## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Juncheng Kao

        Plaintiff,

v.

        Case No.: 1:25–cv–08491
        Honorable Jorge L. Alonso

Hengda Kite, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 15, 2026:

      MINUTE entry before the Honorable Karyn L Bass Ehler. In light of the parties' agreement on changes to certain dates in the previously set case management schedule [69], which was communicated to the Court's Courtroom Deputy by email on 7/15/26, the Court enters the following Amended Case Management Schedule based on the Local Patent Rules: Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) by 7/17/26; Initial Infringement Contentions (LPR 2.2) by 7/31/26; Initial Non–Infringement, Invalidity, and Unenforceability Contentions (LPR 2.3) by 8/14/26; Initial Response To Invalidity Contentions (LPR 2.5) by 8/28/26; Reduction of Patent Claims (LPR 3.1) by 12/14/26; Final Infringement, Unenforceability, and Invalidity Contentions (LPR 3.1) by 12/28/26; Parties to amend pleadings or join parties by 12/31/26; Last Date to Serve Interrogatories and Requests for Admissions by 1/19/27; Final Non–infringement, Enforceability and Validity Contentions (LPR 3.2) by 1/25/27; Exchange of Claim Terms Needing Construction and Proposed Construction (LPR 4.1) by 2/8/27; Close of Fact Discovery (LPR 1.3) by 3/8/27; Opening Claim Construction Brief (LPR 4.2(a)) by 3/15/27; Responsive Claim Construction Brief (LPR 4.2(c)) by 4/12/27; Reply Claim Construction Brief (LPR 4.2(d)) by 4/26/27; Joint Claim Construction Chart (LPR 4.2(f)) by 5/3/27; Claim Construction Hearing and Ruling (LPR 4.3) To Be Determined by the Court; Disclosure of Reliance on Opinions of Counsel (LPR 3.6) 7 days after Claim Construction Ruling; Close of Opinions of Counsel Discovery (LPR 3.6) 42 days after Claim Construction Ruling; Expert Reports of Parties with Burden of Proof (LPR 5.1(b)) 28 days after Claim Construction Ruling (or Opinions of Counsel discovery, if later); Rebuttal Expert Reports (LPR 5.1) 28 days after initial expert reports; Completion of Expert Witness Depositions (LPR 5.2) 28 days after rebuttal expert reports; Final Day for Filing Dispositive Motions (LPR 6.1) 28 days after close of expert discovery. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.