**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JUNCHENG KAO,

                    Plaintiff,

v.                                                                     Case No. 25-cv-8491

Weifang Hengda Kite Manufacturing Co.,
Ltd. (d/b/a HENGDA KITE),

                    Defendant.

## STATUS REPORT

NOW COMES, attorney, Sofia Quezada Hastings, requesting this Court's permission for leave to withdraw her appearance on behalf of Defendant in the above-captioned action. In support therefore, she states as follows:

1. Defendant is currently represented in this matter by attorney Matthew De Preter from the law firm of Aronberg Goldgehn Davis & Garmisa. Representation of Defendant will continue with Matthew De Preter and therefore the client's interest will not be adversely affected.

2. After July 24, 2026, the undersigned will no longer be employed by Aronberg Goldgehn Davis & Garmisa and will have no further involvement in this matter.

WHEREFORE, the undersigned respectfully requests that this Court grant her leave to withdraw her appearance on behalf of Defendant.

Dated: July 23, 2026

Respectfully submitted,

*/s/ Sofia Quezada Hastings*
Sofia Quezada Hastings
Matthew De Preter
ARONBERG GOLDGEHN
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com