**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JUNCHENG KAO,<br><br>Plaintiff,<br>v.<br><br>Weifang Hengda Kite Manufacturing Co., Ltd. (d/b/a HENGDA KITE),<br><br>Defendant. | Case No. 25-cv-8491 |

**JOINT STATUS REPORT**

**Plaintiff's Statements:**

Plaintiff regretfully informs the Court that Plaintiff's side hit a snag when providing initial disclosure and infringement contentions. The reason was that there was a mistaken belief that after motion to dismiss is denied, the case would straightly go to trial in six months or less. The undersigned explained that the litigation process in the United States involves a somewhat lengthy discovery process and then, if any, trial.

Then the person in charge of working with the undersigned from Plaintiff's side was reassigned to a different job and lost contact with the undersigned for approximately three weeks.

Right before the undersigned was to move to withdraw from this case, a different person was assigned to work with the undersigned on this case. Then around August 20,

2026, the undersigned became infected with the Covid-19 virus from attending in-person court settlement conferences; the undersigned did not recover until last week.

Discovery wise, Plaintiff has served its initial disclosure and will file its infrigenmetn contentions and respond to defendant's congtention in one week, if not earlier.

Plaintiff and the undersigned apologieze to the Court and the opsing counsel for the expected delays in this case.

**Defendant's Statements:**

Plaintiff's excuses are irrelevant and do not absolve it of the consequences of its failures. It is also inappropriate to include such arguments in a status report. Defendant sets forth the status of this case as follows:

1. On July 17, 2026, Hengda Kite served its initial disclosures under FRCP 26(a)(1) and LPR 2.1(b) pursuant to the Court's schedule (Dkt. 71). Kao served its Initial Disclosures today at 3:18 pm along with the first draft of this Joint Status Report after counsel for Defendant reached out concerning this Joint Status Report. This is forty-nine days past the deadline.

2. Kao's Initial Non-Infringement, Invalidity, and Unenforceability Contentions pursuant to LPR 2.2 were due on July 31, 2026. Dkt. 71. To date, Kao has not served these contentions.

3. On August 14, 2026, Hengda Kite served its Initial Non-Infringement, Invalidity, and Unenforceability Contentions (LPR 2.3) pursuant to the Court's schedule (Dkt. 71).

4. Kao's Initial Response to Invalidity Contentions (LPR 2.5) were due August 28, 2026. To date, Kao has not served any response.

5. On August 4, 2026, Hengda Kite served requests for admission ("RFAs") under Fed. R. Civ. P. 36, with responses due September 3.To date, Kao has not served any responses or objections.

Dated: September 4, 2026

Respectfully submitted,

Zheng Liu

______________________________

Zheng "Andy" Liu (SBN 279327)
1660 S. Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us
Attorney for Plaintiff Juncheng Kao

Dated: September 4, 2026

Respectfully submitted,

/s/ Constantine Koutsoubas
Matthew De Preter
Constantine Koutsoubas
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606 312-828-9600
cdepreter@agdglaw.com
dkoutsoubas@agdglaw.com