**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JUNCHENG KAO,<br><br>Plaintiff,<br>v.<br><br>HENGDA KITE,<br><br>Defendant. | Case No. 25-cv-8491<br><br>Hon. Jorge L. Alonso |

**<u>DECLARATION OF MATTHEW DE PRETER</u>**

1. My name is Matthew De Preter and am over the age of 18.

2. I am a partner at the law firm of Aronberg Goldgehn Davis & Garmisa. I am duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Defendant Hengda Kite in the above identified action.

3. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

4. I hereby certify that the Defaulting Party JUNCHENG KAO, Plaintiff in the above identified action, failed to plead or otherwise defend the counterclaim filed by Defendant on June 10, 2026. (Dkt. 62) within the allotted time and answer period, in violation of Federal Rule of Civil

Procedure 12(a)(1)(A). I further certify that Defaulting Party JUNCHENG KAO never filed infringement contentions either in violation of the court's scheduling order. Dkt. 69.

5. Defendant served discovery in the form of requests to admit, and Plaintiff never answered or objected to those requests. The Failure to respond constitutes an admission under Federal Rule of Civil Procedure 36(a)(3). The requests to admit requested that Plaintiff admit that the accused product, Defendant's LED Delta Kite, **does not** infringe and **is not** substantially similar to the design of the patent at issue. Ex. 1 hereto. Plaintiff has admitted both.

6. My law firm investigated the activities of the Defaulting Party. Our investigation confirmed that the Defaulting Party is domiciled outside of the United States. As such, I am informed and believe that the Defaulting Party is not an active duty member of the U.S. armed forces.

I declare under the laws of the United States of America and under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2026

Respectfully submitted

*/s/ Matthew De Preter*
Matthew De Preter