# EXHIBIT 1

**M. "Chip" De Preter**

| | |
|---|---|
| **From:** | Dino Koutsoubas |
| **Sent:** | Tuesday, August 4, 2026 3:00 PM |
| **To:** | andy.liu@aptumlaw.us |
| **Cc:** | Maria Stamas; M. "Chip" De Preter |
| **Subject:** | Kao v. Hengda Kite (N.D. Ill. 25-cv-8491) |
| **Attachments:** | 260804 HENGDA KITE RFAs to Kao.pdf |

Andy,

Attached please find your service copy of Hengda Kite's Requests for Admission.

Dino

**Dino Koutsoubas**
dkoutsoubas@agdglaw.com

ARONBERG GOLDGEHN

Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3181 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO** **MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

CRAIN'S 2025 best places to work in Chicago

Mansfield Rule Certified 2024–2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JUNCHENG KAO,<br><br>Plaintiff,<br>v.<br><br>Weifang Hengda Kite Manufacturing Co., Ltd. (d/b/a HENGDA KITE),<br><br>Defendant. | Case No. 25-cv-8491 |

**DEFENDANT'S FIRST SET OF
REQUESTS FOR ADMISSION TO PLAINTIFF JUNCHENG KAO**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure Defendant Weifang Hengda Kite Manufacturing Co., Ltd. (d/b/a HENGDA KITE) ("Hengda Kite") hereby requests that Plaintiff Juncheng Kao admit the following requests in writing, and serve its response upon the undersigned attorneys within thirty (30) days of service of these requests for admission.

**DEFINITIONS**

1. "**Plaintiff**" and "**You**" refers to JUNCHENG KAO, and anyone acting in conjunction with or at the direction of JUNCHENG KAO, and all persons acting directly or indirectly under the control of JUNCHENG KAO, including any attorney.

2. "**Defendant**" and "**Hengda Kite**" refer to Weifang Hengda Kite Manufacturing Co., Ltd. (d/b/a HENGDA KITE), any respective past and present officers, directors, affiliates, brokers, agents, representatives, employees, servants of Weifang Hengda Kite Manufacturing Co., Ltd. (d/b/a HENGDA KITE), and all persons acting directly or indirectly under the control of Weifang Hengda Kite Manufacturing Co., Ltd. (d/b/a HENGDA KITE).

3. As used herein, the term "**Complaint**" means and shall refer to the Complaint filed by Plaintiff in this lawsuit on July 23, 2025, the First Amended Complaint on January 15, 2026, and any subsequent Amended Complaint filed by Plaintiff in this lawsuit.

4. "**Patent-In-Suit**" means any one or all of U.S. Design Patent No. D967,279 ("the 'D279 Patent").

5. The term "**LED Delta Kite**" and "**Accused Product**" refer to Hengda Kite's product sold at ASIN B0DGKZNGHD and displayed in HENGDAKITE000001–10, HENGDAKITE000293–295.

6. The term "**document**" means the documents and things within the broadest scope of the Federal Rules of Civil Procedure, including electronically stored information, data, source code, materials stored in any media, and any other information stored magnetically, optically, or electronically.

7. The term "**communication**" includes, without limitation, communications by whatever means transmitted (i.e., whether oral, written, electronic, or other methods used), as well as any note, memorandum, correspondence, or other record thereof.

8. The term "**person**" means any individual, firm, partnership, corporation, proprietorship, association, governmental body, or any other organization or entity.

9. When the term "**identify**" or a variation thereof is used in conjunction with any individual person, or if the response to any request herein refers to any individual person, you are to provide3 for each such individual person the: (1) full name, (2) present or last known address and telephone number (business and residential), (3) job title, or if he or she has no job title, a brief description of his or her job responsibilities, (4) present or last known employer, and (5)

where appropriate, to the extent of the interrogatory, the basis for such person's knowledge and the years for which such person is believed to have such knowledge.

10. To "**identify**" a product or thing means to state its name, title, model number or other designation, the identity of the person or persons who prepared, designed or developed it, and its location and custodian.

11. Whenever the singular is used, it will also be taken to include the plural and vice versa. Whenever a conjunctive is used, it will also be taken to include the disjunctive, and vice versa.

12. The terms "**and**," "**or**," and "**and/or**" will be construed in the conjunctive or the disjunctive, whichever makes the Interrogatory more inclusive.

13. The terms "**each**" and "**any**" shall include "each and every".

14. The term "**any**" shall include the word "all," and vice versa.

15. The term "**date**" means the exact day, month, and year, if ascertainable, or if the exact day, month, and year are not ascertainable, then the best approximation thereof (including relationship to other events).

## INSTRUCTIONS

1. Unless you properly object to a request, you must, under Federal Rule of Civil Procedure 36, admit, specifically deny, or state in detail why you cannot truthfully admit or deny each of the following requests based on knowledge and information in your possession, custody, or control, or in the possession, custody, or control of your representatives, agents, or attorneys. If you do not respond to each of these requests within thirty (30) days, the requests will be deemed admitted, as described in Federal Rule of Civil Procedure 36.

2. You may not give lack of information or knowledge as a reason for failure to admit or deny a requested admission unless you in good faith state that you have made a reasonable inquiry and that the information known or readily obtainable by you is insufficient to enable you to admit or deny the requested admission.

3. If you object to any Request or any portion of a Request on the ground that the answer would reveal the substance of any privileged information, provide all information required by Federal Rule of Civil Procedure 26(b)(5). If your objection is on the ground that the answer would reveal the substance of a privileged communication, include an identification of:

a. the nature of the privilege or protection claimed;

b. the person who made the communication, whether oral or in writing;

c. if the communication was oral, all persons present while the communication was made;

d. if the communication was written, the author, addressees, and any other recipients;

e. the date and place of the communication; and

f. the general subject matter of the communication.

4. These Requests are continuing in nature. If you receive or otherwise become aware of information responsive to any Request after you have served your responses to these Requests, you must promptly supplement your responses to these Requests to provide such information, as required by Federal Rule of Civil Procedure 26(e).

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit the **LED Delta Kite** does not infringe the Patent-in-Suit.

**REQUEST FOR ADMISSION NO. 2:** Admit that, in the eye of an ordinary observer, giving such attention as a purchaser usually gives, the **LED Delta Kite** is not substantially the

same as the claimed design of the Patent-in-Suit such that the resemblance would deceive the observer into purchasing one supposing it to be the other.

**REQUEST FOR ADMISSION NO. 3:** Admit that an ordinary observer, familiar with the prior art, would not be deceived into thinking the **LED Delta Kite** was the same as the claimed design of the **Patent-in-Suit.**

**REQUEST FOR ADMISSION NO. 4:** Admit that the claimed design of the **Patent-in-Suit** has an overall triangular shape and dramatic curvature between the wing tips and the tail portion.

**REQUEST FOR ADMISSION NO. 5:** Admit that the earliest priority date for the **Patent-in-Suit** is June 17, 2021.

**REQUEST FOR ADMISSION NO. 6:** Admit that Besra 110 inch Rainbow Delta Kite 9.2ft Single Line Kite with 15m Long Tail for Kids and Adults Outdoor Fun Sports for Beach & Park (“**Besra Kite**”) (https://www.amazon.com/product-reviews/B077RDW7RH/ ref=cm_cr_arp_d_viewopt_mdrvw?ie=UTF8&reviewerType=all_reviews&mediaType=

media_reviews_only&pageNumber=1) (HENGDAKITE000270–275) (ASIN No. B077RDWZRH) is prior art to the **Patent-in-Suit**.

**REQUEST FOR ADMISSION NO. 7:** Admit that the **Besra Kite** Amazon site has at least one review dated July 17, 2018 that actually occurred on July 17, 2018.

**REQUEST FOR ADMISSION NO. 8:** Admit that the following review from the **Besra Kite** Amazon site is dated July 17, 2018:




**REQUEST FOR ADMISSION NO. 9:** Admit that the **Besra Kite** exhibits the same overall shape and design as the claimed design of the **Patent-in-Suit**.

**REQUEST FOR ADMISSION NO. 10:** Admit that the **Besra Kite** has an overall triangular shape and dramatic curvature between the wing tips and the tail portion.

**REQUEST FOR ADMISSION NO. 11:** Admit that CN 302607041 S (HENGDAKITE000011–13) is prior art to the **Patent-in-Suit**.

**REQUEST FOR ADMISSION NO. 12:** Admit that CN 302607041 S (HENGDAKITE000011–13) was published in 2013.

**REQUEST FOR ADMISSION NO. 13:** Admit that CN 302607041 S (HENGDAKITE000011–13) was from the same field of endeavor as the **Patent-in-Suit**.

**REQUEST FOR ADMISSION NO. 14:** Admit that the LOCARNO Classification of CN 302607041 S (HENGDAKITE000011–13) as shown in field (51) is Class 21-01.

**REQUEST FOR ADMISSION NO. 15:** Admit that the LOCARNO Classification for both CN 302607041 S (HENGDAKITE000011–13) and the **Patent-in-Suit** is Class 21-01.

**REQUEST FOR ADMISSION NO. 16:** Admit that the Product Description of CN 302607041 S (HENGDAKITE000011–13) as shown in field (54) is "风筝."

**REQUEST FOR ADMISSION NO. 17:** Admit that the Product Description of CN 302607041 S (HENGDAKITE000011–13) as shown in field (54) translates to "Kite."

**REQUEST FOR ADMISSION NO. 18:** Admit that both CN 302607041 S (HENGDAKITE000011–13) and the claimed design of the **Patent-in-Suit** are directed to kites.

**REQUEST FOR ADMISSION NO. 19:** Admit that the design shown in CN 302607041 S (HENGDAKITE000011–13) exhibits the same overall shape and design as the claimed design of the **Patent-in-Suit**.

**REQUEST FOR ADMISSION NO. 20:** Admit that the design shown in CN 302607041 S (HENGDAKITE000011–13) has an overall triangular shape and dramatic curvature between the wing tips and the tail portion.

**REQUEST FOR ADMISSION NO. 21:** Admit that CN 304572766 S (HENGDAKITE000014–16) is prior art to the **Patent-in-Suit**.

**REQUEST FOR ADMISSION NO. 22:** Admit that CN 304572766 S (HENGDAKITE000014–16) was published in 2018.

**REQUEST FOR ADMISSION NO. 23:** Admit that CN 304572766 S (HENGDAKITE000014–16) was from the same field of endeavor as the **Patent-in-Suit**.

**REQUEST FOR ADMISSION NO. 24:** Admit that the LOCARNO Classification of CN 304572766 S (HENGDAKITE000014–16) as shown in field (51) is Class 21-01.

**REQUEST FOR ADMISSION NO. 25:** Admit that the LOCARNO Classification for both CN 304572766 S (HENGDAKITE000014–16) and the **Patent-in-Suit** is Class 21-01.

**REQUEST FOR ADMISSION NO. 26:** Admit that the Product Description of CN 304572766 S (HENGDAKITE000014–16) as shown in field (54) is "风筝（草原）."

**REQUEST FOR ADMISSION NO. 27:** Admit that the Product Description of CN 304572766 S (HENGDAKITE000014–16) as shown in field (54) translates to "Kite (Grassland)."

**REQUEST FOR ADMISSION NO. 28:** Admit that both CN 304572766 S (HENGDAKITE000014–16) and the claimed design of the **Patent-in-Suit** are directed to kites.

**REQUEST FOR ADMISSION NO. 29:** Admit that the design shown in CN 304572766 S (HENGDAKITE000014–16) exhibits the same overall shape and design as the claimed design of the **Patent-in-Suit**.

**REQUEST FOR ADMISSION NO. 30:** Admit that the design shown in CN 304572766 S (HENGDAKITE000014–16) has an overall triangular shape and dramatic curvature between the wing tips and the tail portion.

**REQUEST FOR ADMISSION NO. 31:** Admit that the **Patent-in-Suit** calls attention to the connections between the crossbar and the wings in Figures 15 and 18.

**REQUEST FOR ADMISSION NO. 32:** Admit that the image below is a true and accurate representation of Figure 7 of the **Patent-in-Suit** as set forth in the Response to *Ex Parte Quayle* Action dated August 8, 2022:




FIG.7

**REQUEST FOR ADMISSION NO. 33:** Admit that the image below is a true and accurate representation of Figure 15 of the **Patent-in-Suit** as set forth in the Response to *Ex Parte Quayle* Action dated August 8, 2022:



FIG.15

**REQUEST FOR ADMISSION NO. 34:** Admit that the image below is a true and accurate representation of Figure 18 of the **Patent-in-Suit** as set forth in the Response to *Ex Parte Quayle* Action dated August 8, 2022:

FIG.18



FIG.8

**REQUEST FOR ADMISSION NO. 35:** Admit that the image below is a true and accurate representation of Figure 18 of the **Patent-in-Suit** as set forth in the Response to *Ex Parte Quayle* Action dated August 8, 2022:



FIG.18

**REQUEST FOR ADMISSION NO. 36:** Admit that the connections between the crossbar and the wings shown in Figures 15 and 18 of the **Patent-in-Suit** mark the only differences

between the prior art and the claimed design of the **Patent-in-Suit** that an ordinary observer would recognize.

**<u>REQUEST FOR ADMISSION NO. 37:</u>** Admit that the connections between the crossbar and the wings shown in Figures 15 and 18 of the **Patent-in-Suit** is a C-clip that curves around the wing support bar.

**<u>REQUEST FOR ADMISSION NO. 38:</u>** Admit that the connections between the crossbar and the wings shown in Figures 15 and 18 of the **Patent-in-Suit** is a C-clip that curves around the wing support bar and is also visible from both the underside and top side of the kite.

**<u>REQUEST FOR ADMISSION NO. 39:</u>** Admit that the following image is a true and accurate representation of the connections between the crossbar and the wings of the **LED Delta Kite:**

| | |
|---|---|
|  HENGDAKITE000005 |  HENGDAKITE000006 |

**REQUEST FOR ADMISSION NO. 40:** Admit that the connections between the crossbar and the wings of the **LED Delta Kite** uses male/female connections that are part of an angled tubular section.

**REQUEST FOR ADMISSION NO. 41:** Admit that the connections between the crossbar and the wings of the **LED Delta Kite** are not visible from the top side of the **LED Delta Kite.**

**REQUEST FOR ADMISSION NO. 42:** Admit that an ordinary observer, giving such attention as a purchaser usually gives, would not consider the connections between the crossbar and the wings of the **LED Delta Kite** to be substantially the same as the connection between the crossbar and the wings shown in claimed design of **Patent-in-Suit**, including Figure 15**.**

**REQUEST FOR ADMISSION NO. 43:** Admit that the image below is a true and accurate representation of Figure 1 of the **Patent-in-Suit** as set forth in the Response to *Ex Parte Quayle* Action dated August 8, 2022:



FIG.1

**REQUEST FOR ADMISSION NO. 44:** Admit that the image below is a true and accurate representation of Figure 2 of the **Patent-in-Suit** as set forth in the Response to *Ex Parte Quayle* Action dated August 8, 2022:



FIG.2

**REQUEST FOR ADMISSION NO. 45:** Admit that the image below is a true and accurate representation of Figure 17 of the **Patent-in-Suit** as set forth in the Response to *Ex Parte Quayle* Action dated August 8, 2022:



FIG.17

<u>**REQUEST FOR ADMISSION NO. 46:**</u> Admit that wingtips of the claimed design of the **Patent-in-Suit** includes a "point" highlighted below from Figures 1, 2, and 17 of the **Patent-in-Suit** followed by an inward curvature.



FIG.1



FIG.2



FIG.17

<u>**REQUEST FOR ADMISSION NO. 47:**</u> Admit that the photos below taken from Paragraph 1 of the Complaint (Dkt. 42) are a true and accurate representation of the photos of the **LED Delta Kite**.

| | |
|---|---|
|  |  |

**<u>REQUEST FOR ADMISSION NO. 48:</u>** Admit that the following photographs are true and accurate representations of the wingtip of the **LED Delta Kite**:



HENGDAKITE000007.

**REQUEST FOR ADMISSION NO. 49:** Admit that the wingtips of the **LED Delta Kite** lacks the "point" shown in Figures 1, 2, and 18 of the claimed design of the **Patent-in-Suit**.

**REQUEST FOR ADMISSION NO. 50:** Admit that the wingtips the **LED Delta Kite** lacks the inward curvature shown in Figures 1, 2, and 18 of the claimed design of the **Patent-in-Suit.**

**REQUEST FOR ADMISSION NO. 51:** Admit that an ordinary observer, giving such attention as a purchaser usually gives, would not consider the wingtips of the **LED Delta Kite** to be substantially the same as the wingtips shown in Figures 1, 2, and 18 of the claimed design of the **Patent-in-Suit.**

**REQUEST FOR ADMISSION NO. 52:** Admit that The HENGDA KITE Classical Prairie Delta Kite for Kids & Adults, and Cartoon Monkey Diamond Kites Easy to Carry with Flying Line (https://www.amazon.com/dp/B014NP4TAO) (HENGDAKITE000276–292) ("**Non-LED Delta Kite**") was sold in the United States on March 21, 2019. *See* HENGDAKITE000291.

**REQUEST FOR ADMISSION NO. 53:** Admit that the screenshot below is a true and accurate representation of the March 21, 2019 review of the **Non-LED Delta Kite** at https://www.amazon.com/portal/customer-reviews/B014NP4TAO/ref=cm_cr_dp_d_show_all_top?_encoding=UTF8&ie=UTF8&reviewerType=all_reviews. *See* HENGDAKITE000291.




**REQUEST FOR ADMISSION NO. 54:** Admit that the March 21, 2019 review of the **Non-LED Delta Kite** at https://www.amazon.com/portal/customer-reviews/B014NP4TAO/ref=cm_cr_dp_d_show_all_top?_encoding=UTF8&ie=UTF8&reviewerType=all_reviews shows that the item in the photograph was on sale on or before March 21, 2019. *See* HENGDAKITE000291.

**REQUEST FOR ADMISSION NO. 55:** Admit that the screenshot below is a zoomed-in version of the photo referenced in Request for Admission No. 52:.



**REQUEST FOR ADMISSION NO. 56:** Admit that the kite design of the **LED Delta Kite** is identical to the kite design of **Non-LED Delta Kite**.

**REQUEST FOR ADMISSION NO. 57:** Admit that the only difference between the **LED Delta Kite** and the **Non-LED Delta Kite** is the presence of LED lights in the **LED Delta Kite.**

**REQUEST FOR ADMISSION NO. 58:** Admit that LED lights are not part of the claimed design of the **Patent-in-Suit.**

Dated: August 4, 2026

Respectfully submitted,
/s/ Constantine Koutsoubas

Matthew De Preter
Constantine Koutsoubas

ARONBERG GOLDGEHN DAVIS &
GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
312-828-9600
cdepreter@agdglaw.com
dkoutsoubas@agdglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, a true and correct copy of the foregoing was served via email on all counsel of record:

**Zheng Liu**
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
650-475-6289
Andy.Liu@AptumLaw.us

/s/ Constantine Koutsoubas