**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JUNCHENG KAO,<br>Plaintiff,<br>v.<br>HENGDA KITE,<br>Defendant. | Case No. 1:25-cv-08491<br>Judge: Hon. Jorge L. Alonso<br>Magistrate Judge: Jeffrey T. Gilbert |

**HENGDA KITE STATUS REPORT**

Defendant Hengada Kite hereby informs this court that nothing has changed since the last time the parties were before this court. Hengda Kite has not heard from Plaintiff since the hearing on September 17, 2026. Hengda Kite filed a status report on September 9, 2026 informing the court that Plaintiff had not responded to its request for admission and had not filed contentions in accordance with the Court's schedule. Dkt. 74. Plaintiff represented during the hearing on 9/17 that it would be providing responses. It did not.

Plaintiff is in default of Defendant's counterclaims. Concurrently herewith, Defendant has filed a motion for Default Judgment.

Respectfully submitted,

DATED: October 13, 2026

**ARONBERG GOLDGEHN**

By: __*Matthew De Preter*________________

Matthew L. De Preter
cdepreter@agdglaw.com
225 W. Washington Street
Suite 2800
Chicago, IL 60606
312-755-3153

*Attorneys for Defendant*