**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Juncheng Kao
Plaintiff,
v.
Hengda Kite, et al.
Defendant.

Case No.: 1:25−cv−08491
Honorable Jorge L. Alonso

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Defendant moves [77] for default judgment. Defendant shall properly notice the motion and Defendant shall submit a proposed order to the Court's proposed order inbox at Proposed_Order_Alonso4;ilnd.uscourts.gov. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.