**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JUNCHENG KAO,<br><br>Plaintiff,<br>v.<br><br>HENGDA KITE,<br><br>Defendant. | Case No. 25-cv-8491<br><br>Hon. Jorge L. Alonso |

**NOTICE OF MOTION**

To: All Attorneys of Record

**PLEASE TAKE NOTICE** that on Tuesday October 20 at 9:30am or as soon thereafter as Defendant may be heard, Defendant, Hengda Kite, will present at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, Courtroom 1903, Defendant' Motion for Default Judgment, copies of which were filed with this Court and served upon you via ECF filing.

Dated: October 15, 2026

Respectfully submitted,

Defendant Hengda Kite

By: /s/ *Matthew De Preter*

Matthew De Preter
Aronberg Goldgehn Davis & Garmisa
225 West Washington Street – Suite 2800
Chicago, IL 60606
P: 312-755-3153
cdepreter@agdglaw.com

*Attorneys for Defendant*